**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CIVIL ACTION NO. 11-5-DLB-JGW**

**GUANGZHOU CONSORTIUM DISPLAY**                                    **PLAINTIFFS**
**PRODUCT CO., LTD., ET AL.**

**vs.**                                              **ORDER**

**PNC BANK, NATIONAL ASSOC., ET AL.**                              **DEFENDANTS**

\* \* \* \* \* \* \* \* \*

This matter is before the Court on Defendant's Motion to Dismiss (Doc. # 25), which is now ripe for review. Upon review of the parties' written submissions with regard to the pending motion, and the Court being otherwise sufficiently advised;

**IT IS ORDERED** that Oral Argument on the motion to dismiss is hereby scheduled for **October 14, 2011 at 11:00 a.m.** in Covington.

This 27th day of September, 2011.

Signed By:

*David L. Bunning*   _DB_

**United States District Judge**