UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 11-5-DLB-JGW

GUANGZHOU CONSORTIUM DISPLAY                                    PLAINTIFFS
PRODUCT CO., LTD., ET AL.

vs.                                    ORDER

PNC BANK, NATIONAL ASSOC., ET AL.                               DEFENDANTS

* * * * * * * * *

Upon the Court's own motion, and all counsel being available on the proposed alternative date,

**IT IS ORDERED** that Oral Argument on the motion to dismiss currently scheduled for October 14, 2011 at 11:00 a.m. is hereby rescheduled for **October 28, 2011 at 11:00 a.m.** in Covington.

This 11th day of October, 2011.

Signed By:
David L. Bunning
United States District Judge

G:\DATA\ORDERS\Cov11\11-5 Order ReScheduling OA on MTD.wpd