UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION at COVINGTON
CIVIL MINUTES - GENERAL

COVINGTON

CASE NO.  11-5-DLB-JGW   at  COVINGTON                           October 28, 2011

Style:  GUANGZHOU CONSORTIUM DISPLAY PRODUCT COMPANY, LTD v. PNC BANK, NATIONAL ASSOCIATION

Present:         Hon. DAVID L. BUNNING

   Linda Tierney                    Lisa Wiesman
   (Deputy Clerk)                   (Court Reporter)

ATTORNEYS PRESENT FOR PLAINTIFFS:
Guangzhou Consortium Display Product Company, Ltd.     Gregory McDowell
Consortium Companies, Inc.                             Todd J. Flagel
Steven M. Oberst                                       James Papakirk
Lynda S. Oberst
Roger C. Schreiber
Clinton S. Oberst
Susan J. Oberst

ATTORNEYS PRESENT FOR DEFENDANT:
PNC Bank, National Association                         Cornelius E. Coryel II

ATTORNEY PRESENT FOR DEFENDANT:
Standard Charter Bank (China) Limited                  NONE

PROCEEDINGS:  Hearing on Defendants' Motion to Dismiss

On October 28, 2011 the above-styled case was called for a Oral Argument on the pending Motion to Dismiss. Having heard from counsel, and being otherwise sufficiently advised, Defendant PNC Bank's Motion to Dismiss [25] is taken under submission.

Deputy Clerks Initials:  **lst**

| TIC | 1 | 14 |
|-----|---|----|

G:\DATA\ORDERS\Cov11\11-5 minutes from 10-28-11 oral argument.wpd