UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **GUANGZHOU CONSORTIUM** **DISPLAY PRODUCTS, LTD, et al.,** | : CASE NO.  2:11-CV-00005 JGH : : Judge David L. Bunning |
| Plaintiff, | : Magistrate Greg Wehrman : |
| v. | : : |
| PNC BANK, N.A., et al. | : **NOTICE OF SUBSTITUTION OF** : **COUNSEL** : |
| Defendants. | : : |

Please take notice that Kevin Ray Feazell, of Cors & Bassett, LLC, 537 East Pete Rose Way, Suite 400, Cincinnati, Ohio 45202 is hereby substituted for Gregory W. McDowell as counsel for Plaintiff Roger Schreiber.

Respectfully submitted,

/s/ Kevin Ray Feazell
Kevin Ray Feazell   (KBA #84678)
Cors & Bassett, LLC
537 E. Pete Rose Way, Suite 400
Cincinnati, OH 45202
513-852-8200
Facsimile:  513-852-8222
krf@corsbassett.com

*(Per email authorization 11/9/11)*
Gregory W. McDowell  (KBA #83227)
7415 Burlington Pike, Suite B
Florence, KY 41042
859-371-7774

## **CONSENT**

I have directed and consent to the substitution of Kevin Ray Feazell for Gregory W. McDowell as my counsel in this matter.

*(per email authorization 11/8/11)*
Roger Schreiber

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Notice of Substitution of Counsel was electronically filed with the Clerk using the CM/ECF system this 9th day of November, 2011, which will serve the following:

Todd J. Flagel, Esq. tflagel@fp-legal.com
Byron E. Leet, Esq. bleet@wyattfirm.com
Christopher Tyson Gorman, Esq. tgorman@wyattfirm.com
Cornelius E. Coryell, II, Esq. ccoryell@wyattfirm.com
Rania Marie Basha, Esq. rbasha@wyattfirm.com
Gregory W. McDowell, Esq. gmcdowell@assuredtitlellc.com

I have also caused a copy of the Notice of Substitution to be served via electronic mail upon plaintiff Roger Schreiber.

/s/ Kevin Ray Feazell
Kevin Ray Feazell
