UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION (COVINGTON)

| | |
|---|---|
| **GUANGZHOU CONSORTIUM DISPLAY PRODUCT, LTD.,** *et al.* | **CASE NO. 2:11-CV-00005** |
| Plaintiffs, | **JUDGE DAVID L. BUNNING** <br> **MAGISTRATE GREG WEHRMAN** |
| vs. | |
| **PNC BANK, N.A.,** *et al.* | |
| Defendants. | |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated November 2, 2011 (Doc. 36), the undersigned attorneys participated in a telephone conference call on November 15, 2011 to (a) discuss the nature and basis of their respective claims and defenses; (b) discuss the possibilities for a prompt settlement or resolution of the case; (c) make arrangements for the disclosures required by Rule 26(a)(1) of the Federal Rule of Civil Procedures; and (d) develop a proposed discovery plan.  All of the parties were represented by Counsel except for Standard Chartered Bank Limited, which to date has not made an appearance in this action.

Based on the discussion of the participating parties (but with the understanding that Standard Charter Bank's appearance in this may require a modification), the participating parties ("the Parties") submit the following Joint Status Report:

A. **PROPOSED DISCOVERY PLAN**

1. The Parties propose exchanging their initial Fed. R. Civ. P. 26(a)(1) disclosures by January 6, 2012.

2. The Parties propose completing all discovery by March 15, 2013.

3. Plaintiffs propose disclosing their experts and furnishing their expert reports to Defendants by November 30, 2012.

4. Defendants propose disclosing their experts and furnishing their expert reports to Plaintiffs by January 15, 2013.

5. The Parties proposed that all discovery be made in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules, except that (i) no further leave shall be required to take in excess of 10 depositions per side; (ii) any limit on the length of depositions shall not apply to witnesses located outside of the United States; (c) special circumstances may require a modification of certain rules based on language barriers or the availability of witnesses outside the United States.

B. **MOTION DEADLINES**

The Parties estimate and propose the following deadlines for pretrial motions:

1. Motions to amend the pleadings and/or add parties shall be filed by April 1, 2012.

2. All dispositive motions shall be filed by April 15, 2013.

3. All other motions including, but not limited to, motions *in limine* and *Daubert* motions shall be made at the time and in the manner prescribed by rule or the Court's Trial Order.

4. All responses, memoranda in opposition, and/or replies made in connection with a motion shall be filed at the time and in the manner prescribed by rule or the Court's Trial Order.

C. **ALTERNATIVE DISPUTE RESOLUTION**

The Parties agree that settlement cannot be evaluated without first taking considerable discovery. Accordingly, the Parties agree that, at the present time, mediation may not be productive. The Parties agree to re-evaluate alternative dispute resolution options after some discovery has taken place.

D. **TRIAL**

1. The Parties estimate that the length of the trial will be ten days.
2. The Parties propose a final pretrial conference in June 2013.
3. The Parties propose a trial in August 2013.

E. **MAGISTRATE CONSENT**

The Parties do not unanimously consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636 (c).

[Signatures on the following page]

REVIEWED AND APPROVED BY:

Signatures:  /s/ Todd J. Flagel
Todd J. Flagel (KBA #91116)
James Papakirk
tflagel@fp-legal.com
FLAGEL & PAPAKIRK LLC
50 E. Business Way, Suite 410
Cincinnati, OH 45241
(513) 984-8111

Co-Counsel for Plaintiffs
Guangzhou Consortium
Display Product Co., Ltd.
Consortium Companies, Inc.

/s/ Gregory W. McDowell
Gregory W. McDowell (KBA #83227)
gmcdowell@assuredtitlellc.com
7415 Burlington Pike, Suite B
Florence, KY 41042
(859) 371-7774

Co-Counsel for Plaintiffs
Guangzhou Consortium
Display Product Co., Ltd.
Consortium Companies, Inc.

Counsel for Plaintiffs Steven M. Oberst, Lynda S. Oberst, Clinton S. Oberst, and Susan J. Oberst


/s/ Cornelius E. Coryell, II
Cornelius E. Coryell, II
ccoryell@wyattfirm.com
WYATT, TARRANT & COMBS LLP
2500 PNC Plaza
Louisville, KY 40202
(502) 589-5235

Counsel for Defendant PNC Bank, National Association

/s/ Kevin Ray Feazell
Kevin Ray Feazell (KBA #84678)
krf@corsbassett.com
CORS & BASSETT LLC
537 E. Pete Rose Way, Suite 400
Cincinnati, OH 45202
(513) 852-8200

Counsel for Plaintiff Roger Schreiber

DATED: NOVEMBER 22, 2011

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the Joint Status Report was electronically filed with the Clerk using the CM/ECF system this 22nd day of November, 2011, which will serve the following:

| | |
|---|---|
| Cornelius E. Coryell, II | ccoryell@wyattfirm.com |
| Kevin Ray Feazell | krf@corsbassett.com |
| Gregory W. McDowell | gmcdowell@assuredtitle.com |

                                        /s/ Todd J. Flagel
                                        Todd J. Flagel (KBA 91116)