UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 11-5-DLB-JGW

GUANGZHOU CONSORTIUM DISPLAY                                         PLAINTIFFS
PRODUCT CO., LTD., ET AL.

vs.                                    SCHEDULING ORDER

PNC BANK, NATIONAL ASSOC., ET AL.                                   DEFENDANTS

* * * * * * * * *

Pursuant to Federal Rule of Civil Procedure 16, the Court adopts the following deadlines and case schedule for the above-captioned matter:

(1) Rule 26(a)(1) disclosures - on or before **January 6, 2012**
*These disclosures should not be filed in the Court record.*

(2) Motions to join parties or amend pleadings - on or before **April 1, 2012**

(3) Rule 26(a)(2) expert witness disclosures/reports -
    from Plaintiffs - on or before **November 30, 2012**
    from Defendants - on or before **January 15, 2013**
*These reports should not be filed in the Court record.*
*Supplementation of expert information as required by Rule 26(e)(2) will be made in conjunction with Rule 26(a)(3) pretrial disclosures (which disclosure deadline will be set by subsequent order of the Court).*

(4) All discovery - on or before **March 15, 2013**
*Discovery shall be subject to the limitations proposed by the parties in their Report of Planning Meeting filed on November 22, 2011.*
*Supplementation under Rule 26(e)(1) must also be completed by the above date.*

(5) Status Report - on or before **March 15, 2013 (close of discovery)**
*The report should indicate the progress of the case and status of settlement negotiations, the likelihood of settlement, and the feasibility of alternative dispute resolution, including the parties' views on the method of resolution*

(i.e., mediation, arbitration, settlement conference with the Court, summary jury trial, etc.).

(6) <u>Dispositive motions</u> - on or before **April 15, 2013**

(7) <u>Copies of Memoranda</u>
*A court courtesy copy of briefs and memoranda in support of motions must be provided* **TO CHAMBERS** *within 48 hours of electronic filing; said courtesy copy should be in paper form or electronic format (using Word or WordPerfect) e-mailed to Judge Bunning's Chambers at:* <u>dbunningmemos@kyed.uscourts.gov</u>.

(8) Discovery disputes shall be resolved in the following manner: (a) Parties shall meet and/or confer in an attempt to resolve disputes between themselves, without judicial intervention; (b) if the parties are unable to resolve such disputes informally, they shall attempt to resolve their disagreement by telephone conference with the Magistrate Judge; (c) if, and only if, the parties are unable to resolve their disputes after conference with the Magistrate Judge, they may file appropriate written motions with the Court.  Written motions regarding discovery shall include the certification required by Local Rule 37.1.

This 29th day of November, 2011.



**Signed By:**
<u>*David L. Bunning*</u>  *DB*
**United States District Judge**

G:\DATA\ORDERS\Cov11\11-5 Scheduling Order.wpd