UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

| | | |
|---|---|---|
| **GUANGZHOU CONSORTIUM DISPLAY PRODUCTS, LTD, et al.,** | : : | CASE NO.  2:11-CV-00005 JGH |
| Plaintiff, | : : : | Judge David L. Bunning<br>Magistrate Judge J. Gregory Wehrman |
| v. | : : | |
| **PNC BANK, N.A., et al.** | : : : | **PLAINTIFF ROGER C. SCHREIBER'S <u>REPLY TO COUNTERCLAIM</u>** |
| Defendants. | : : | |

Plaintiff Roger C. Schreiber ("Mr. Schreiber"), for his Reply to the Counterclaim of Defendant PNC Bank, N.A., states the following:

1. Mr. Schreiber admits that Plaintiff Consortium submitted an Application and RSA, as those terms are defined in the Counterclaim, and further asserts that the referenced documents speak for themselves.  Mr. Schreiber denies any remaining allegations that may be set forth in numbered paragraph 1 of the Counterclaim.

2. In response to numbered paragraph 2 of the Counterclaim, Mr. Schreiber states that the documents referenced therein speak for themselves.  Mr. Schreiber denies any remaining allegations that may be set forth in numbered paragraph 2 of the Counterclaim.

3. Mr. Schreiber admits that the Credit, as that term is defined in the Counterclaim, was issued by Defendant's predecessor.  Mr. Schreiber denies any remaining allegations as set forth in numbered paragraph 3 of the Counterclaim.

4. Mr. Schreiber admits that he executed a document, a copy of which is attached as Exhibit 3 to the Counterclaim.  Mr. Schreiber denies any remaining allegations set forth in numbered paragraph 4 of the Counterclaim.

1

5. Mr. Schreiber admits that Clint and Susan Oberst executed a document, a copy of which is attached as Exhibit 4 to the Counterclaim. Mr. Schreiber denies any remaining allegations set forth in numbered paragraph 5 of the Counterclaim for want of knowledge or information sufficient to form a belief.

6. Mr. Schreiber admits that Steve and Lynda Oberst executed a document, a copy of which is attached as Exhibit 5 to the Counterclaim. Mr. Schreiber denies any remaining allegations set forth in numbered paragraph 6 of the Counterclaim for want of knowledge or information sufficient to form a belief.

7. Mr. Schreiber denies, for want of knowledge or information sufficient to form a belief, the allegations set forth in numbered paragraph 7 of the Counterclaim.

8. Mr. Schreiber denies the allegations set forth in numbered paragraph 8 insofar as they are asserted against him. Mr. Schreiber denies any remaining allegations set forth in numbered paragraph 8 for want of knowledge or information sufficient to form a belief.

9. Mr. Schreiber admits that plaintiff SCB drew on the Credit and that Defendant has attached a draw request as Exhibit 6 to the Counterclaim. Mr. Schreiber further states that the documents referenced in numbered paragraph 9 of the Counterclaim speak for themselves. Mr. Schreiber denies any remaining allegations set forth in numbered paragraph 9 of the Counterclaim.

10. Mr. Schreiber admits that Defendant has attached, as Exhibit 7 to the Counterclaim, a copy of a letter sent to one or more of the Plaintiffs. Mr. Schreiber denies any remaining allegations set forth in numbered paragraph 10 of the Counterclaim.

11. Mr. Schreiber denies the allegations set forth in numbered paragraph 11 of the Counterclaim insofar as they are asserted against him. Mr. Schreiber denies any remaining allegations set forth in numbered paragraph 11 for want of knowledge or information sufficient to form a belief.

12.	Mr. Schreiber admits the allegations set forth in numbered paragraph 12 of the Counterclaim.

13.	Mr. Schreiber admits the allegations set forth in numbered paragraph 13 of the Counterclaim.

14.	Mr. Schreiber denies the allegations set forth in numbered paragraph 14 of the Counterclaim.

15.	Mr. Schreiber denies the allegations set forth in numbered paragraph 15 of the Counterclaim.

16.	Mr. Schreiber admits that the letter referenced in numbered paragraphs 10 and 16 of the Counterclaim is attached as Exhibit 7 to the Counterclaim, and that such document speaks for itself.  Mr. Schreiber denies any remaining allegations set forth in numbered paragraph 16 of the Counterclaim.

17.	Mr. Schreiber denies the allegations set forth in numbered paragraph 17 of the Counterclaim.

18.	Mr. Schreiber denies the allegations set forth in numbered paragraph 18 of the Counterclaim.

## FIRST AFFIRMATIVE DEFENSE

Defendant fails to assert a counterclaim against Mr. Schreiber upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Defendant's counterclaims are based in part upon unenforceable guarantees not in conformity with applicable law.

## THIRD AFFIRMATIVE DEFENSE

Defendant's counterclaims are subject to set off.

## FOURTH AFFIRMATIVE DEFENSE

Defendant's counterclaims are barred by the equitable doctrines of estoppels, laches and waiver.

### FIFTH AFFIRMATIVE DEFENSE

Any relief sought by Defendant in its counterclaims is barred by the doctrine of unclean hands.

### SIXTH AFFIRMATIVE DEFENSE

Defendant's counterclaims are barred by novation and the subsequent agreement between the parties hereto.

### SEVENTH AFFIRMATIVE DEFENSE

Defendant's counterclaims are barred by Defendant's own breach of contract.

### EIGHTH AFFIRMATIVE DEFENSE

Defendant's counterlclaims are barred by the fraud, negligence or other misconduct of Defendant or its predecessor in interest.

WHEREFORE, Plaintiff Roger C. Schreiber demands that Defendant's counterclaim be dismissed in its entirety and with prejudice, that judgment be entered in Plaintiffs' favor and against Defendants as set forth in Plaintiffs' First Amended Complaint, and that Plaintiff Roger C. Schreiber be awarded all such other relief as provided by law and equity.

Respectfully submitted,

/s/ Kevin Ray Feazell
Kevin Ray Feazell   (KBA #84678)
Cors & Bassett, LLC
537 E. Pete Rose Way, Suite 400
Cincinnati, OH 45202
513-852-8200
Facsimile:  513-852-8222
krf@corsbassett.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Plaintiff Robert C. Schreiber's Reply to Counterclaim was electronically filed with the Clerk using the CM/ECF system this 30th day of November, 2011, which will serve the following:

Todd J. Flagel, Esq.  tflagel@fp-legal.com
Byron E. Leet, Esq.  bleet@wyattfirm.com
Christopher Tyson Gorman, Esq.  tgorman@wyattfirm.com
Cornelius E. Coryell, II, Esq.  ccoryell@wyattfirm.com
Rania Marie Basha, Esq.  rbasha@wyattfirm.com
Gregory W. McDowell, Esq.  gmcdowell@assuredtitlellc.com


/s/ Kevin Ray Feazell
Kevin Ray Feazell