UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

| | | |
|---|---|---|
| GUANGZHOU CONSORTIUM PRODUCT COMPANY, ET AL. | ) ) ) | |
| PLAINTIFFS | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:11-CV-00005-DLB |
| PNC BANK, NATIONAL ASSOCIATION, ET AL. | ) ) ) ) | |
| DEFENDANTS | ) | |

**NOTICE OF CHANGE OF ADDRESS AND FAX NUMBER**

Comes now the Hon. Gregory W. McDowell, counsel for Plaintiffs, and hereby gives notice to all parties of the change of his business address as of January 1, 2012 to be 7405 Burlington Pike, Suite 201, Florence, Kentucky 41042 and new fax number of 859-746-8143. All parties are directed to mail and/or fax all future correspondence and pleadings to this new address and fax number.

GREGORY W. McDOWELL, P.S.C.
ATTORNEY FOR THE PETITIONER
7405 BURLINGTON PIKE, SUITE 201
FLORENCE, KENTUCKY 41042
(859) 371-7774


By: /s/ Gregory W. McDowell
GREGORY W. McDOWELL
KBA# 83227

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by regular U.S. mail, postage prepaid this 6th day of January, 2012 upon the Hon. Byron E. Leet and Hon Cornelius E. Coryell, II, 2500n PNC Plaza, Louisville, Kentucky 40202, Hon. Kevin Ray Feazell, 537 E. Pee Rose Way, Suite 400, Cincinnati, Ohio 45202, Hon. Todd Flael

and the Hon. James Papakirk, Summit Woods III, 50 E. Business Way, Cincinnati, Ohio, 45241.

    /s/ Gregory W. McDowell
GREGORY W. McDOWELL