UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION (COVINGTON)

| | |
|---|---|
| **GUANGZHOU CONSORTIUM DISPLAY PRODUCT, LTD.,** *et al.* | CASE NO. 2:11-CV-00005 |
| Plaintiffs, | JUDGE DAVID L. BUNNING<br>MAGISTRATE GREG WEHRMAN |
| vs. | |
| **PNC BANK, N.A.,** *et al.* | |
| Defendants. | |

**INITIAL DISCLOSURES OF PLAINTIFFS CONSORTIUM COMPANIES, INCORPORATED, GUANGZHOU CONSORTIUM DISPLAY PRODUCT, LTD., STEVEN M. OBERST, LYNDA G. OBERST, CLINTON S. OBERST, SUSAN J. OBERST, AND ROGER C. SCHREIBER PURSUANT TO FED. R. CIV. P. 26(a)(1)**

Pursuant to Fed. R. Civ. P. 26(a)(1) and the Court's Scheduling Order entered November 29, 2011 (Doc. 42), Plaintiffs Consortium Companies, Incorporated and Guangzhou Consortium Display Product, Ltd. (collectively "Consortium"), Steven M. Oberst, Lynda S. Oberst, Clinton S. Oberst, Susan J. Oberst, and Roger C. Schreiber make the following initial disclosures:

A. <u>Witnesses</u>. The following individuals are likely to have discoverable information that Consortium may use to support its claims, defenses, and/or matters of avoidance:

    1.    Steven M. Oberst
           2363 Progress Drive

    Hebron, Kentucky  41048

    <u>Subject.:</u>  Steven Oberst is expected to have information concerning (a) Consortium's (as well as his individual) claims against Defendant PNC, NA ("PNC"); (b) Consortium's business relationship with National City Bank and later PNC including, but not limited to, Letters of Credit, the gateway relationship with Standard Chartered-China, PNC's Capital Authorization Agreement, and all other attendant circumstances surrounding the relationship among Consortium, PNC, and Standard Chartered (China); (c) the impact PNC's actions and omissions have had on Consortium's operations;  and (d) the damages suffered by Consortium as a result of PNC's actions and omissions.

2.  Clinton Oberst
    2363  Progress Drive
    Hebron, Kentucky  41048

    <u>Subject.:</u>  Clint Oberst is expected to have information concerning (a) Consortium's (as well as his individual) claims against Defendant PNC; (b) Consortium's business relationship with National City Bank and later PNC including, but not limited to, Letters of Credit, the gateway relationship with Standard Chartered-China, PNC's Capital Authorization Agreement, and all other attendant circumstances surrounding the relationship between and among Consortium, PNC, and Standard Chartered (China); (c) the impact PNC's actions and omissions have had on Consortium's operations;  and (d) the damages suffered by Consortium as a result of PNC's actions and omissions.

3.  Roger C. Schreiber
    c/o Kevin R. Feazell, Esq.
    Cors & Bassett LLC
    537  East Pete Rose Way, Suite 400
    Hebron, Kentucky  41048

    <u>Subject</u>:   Roger Schreiber is expected to have information concerning (a) Consortium's (as well as his individual) claims against Defendant PNC; (b) Consortium's business relationship with National City Bank and later PNC including, but not limited to, Letters of Credit, the gateway relationship with Standard

Chartered-China, PNC's Capital Authorization Agreement, and all other attendant circumstances surrounding the relationship between and among Consortium, PNC, and Standard Chartered (China); (c) the impact PNC's actions and omissions have had on Consortium's operations; and (d) the damages suffered by Consortium as a result of PNC's actions and omissions.

4. Lynda G. Oberst
c/o Flagel & Papakirk, LLC
50 E Business Way, Suite 410
Cincinnati, Ohio 45241

Subject: Lynda Obert is expected to have information concerning the execution of certain documents related to PNC loan facilities and/or personal guaranties.

5. Susan Oberst
c/o Flagel & Papakirk, LLC
50 E Business Way, Suite 410
Cincinnati, Ohio 45241

Subject: Susan Obert is expected to have information concerning the execution of certain documents related to PNC loan facilities and/or personal guaranties.

6. Tom Dodd
PNC Bank, NA
Cincinnati, Ohio

Subject: Tom Dodd is expected to have information concerning Consortium's business relationship with PNC including, but not limited to, Letters of Credit, the gateway relationship with Standard Chartered-China, PNC's Capital Authorization Agreement, and all other attendant circumstances surrounding the relationship between and among Consortium, PNC, and Standard Chartered (China).

7.     J. Michael Debbeler
    Graydon Head & Ritchey LLP
    Fifth Third Center
    511 Walnut Street, Suite 1900
    Cincinnati, Ohio  45202

    Subject: Mike Debbeler is expected to have information concerning various loan facility documents, their drafting, and the circumstances surrounding the preparation or revision of those documents.

8.     Lucas Du
    Standard Chartered Bank (China) Ltd. Guangzhou Branch
    13/F May Flower Plaza, No. 68
    Zhongshan No. 5 Road
    P.R. China  510030

    Subject: Lucas Du is expected to have information concerning (a) Standard Chartered Bank's gateway relationship with National City Bank and subsequently PNC; (b) the currency conversion issues surrounding the loans and letters of credit; (c) the Capital Authorization Agreement and how it was to be implemented; (d) the import of the Capital Authorization Agreement in resolving the currency conversion problems; and (e) PNC's failure to follow through on the Capital Authorization Agreement.

9.     Joyce Xu
    Guangzhou Province, China

    Subject: Joyce Xu is expected to have information concerning (a) Standard Chartered Bank's gateway relationship with National City Bank and subsequently PNC; (b) the currency conversion issues surrounding the loans and letters of credit; (c) the Capital Authorization Agreement and how it was to be implemented; (d) the import of the Capital Authorization Agreement in resolving the currency conversion problems; and (e) PNC's failure to follow through on the Capital Authorization Agreement.

10. Nancy O. Downey
    PNC Bank, NA
    Cincinnati, Ohio

    Subject: Nancy Downey is expected to have information concerning Consortium's business relationship with National City Bank and later PNC including, but not limited to, Letters of Credit, the gateway relationship with Standard Chartered-China, PNC's Capital Authorization Agreement, and all other attendant circumstances surrounding the relationship between and among Consortium, PNC, and Standard Chartered (China).

11. Beth Nicholson
    Fifth Third Bank
    Cincinnati, Ohio

    Subject: Beth Nicholson is expected to have information concerning Consortium's business relationship with National City Bank and later PNC including, but not limited to, Letters of Credit, the gateway relationship with Standard Chartered-China, PNC's Capital Authorization Agreement, and all other attendant circumstances surrounding the relationship between and among Consortium, PNC, and Standard Chartered (China).

12. Jay Wuest
    PNC Bank, NA
    Cincinnati, Ohio

    Subject: Jay Wuest is expected to have information concerning Consortium's business relationship with National City Bank and later PNC including, but not limited to, Letters of Credit, the gateway relationship with Standard Chartered-China, PNC's Capital Authorization Agreement, and all other attendant circumstances surrounding the relationship between and among Consortium, PNC, and Standard Chartered (China).

13. Mark Palazzo
    Associated Bank
    Cincinnati, Ohio

      Subject: Mark Palazzo is expected to have information concerning Consortium's business relationship with National City Bank and later PNC including, but not limited to, Letters of Credit, the gateway relationship with Standard Chartered-China, PNC's Capital Authorization Agreement, and all other attendant circumstances surrounding the relationship between and among Consortium, PNC, and Standard Chartered (China).

14. Michael P. McCuen
    PNC Bank, NA
    Cincinnati, Ohio

    Subject: Michael McCuen is expected to have information concerning Consortium's business relationship with National City Bank and later PNC including, but not limited to, Letters of Credit, the gateway relationship with Standard Chartered-China, PNC's Capital Authorization Agreement, and all other attendant circumstances surrounding the relationship between and among Consortium, PNC, and Standard Chartered (China).

15. Randy Rawe
    Roading Group
    Crestview Hills, Kentucky

    Subject: Randy Rawe is expected to have information concerning Consortium's prior relationship with the Bank of Kentucky, the strength of that relationship, and the international commerce expertise that National City claimed it had and touted to Consortium.

16. Drew Collins
    (address currently unknown)

    Subject: Drew Collins is expected to have information concerning Consortium's prior relationship with the Bank of Kentucky, the strength of that relationship, and the international commerce expertise that National City claimed it had and touted to Consortium.

B.  **Documents.**  The following records and tangible things are in the possession, custody, or control of Consortium, and may be used to support Consortium's claims and defenses:

1. Copies of business cards from various personnel at National City Bank and PNC Bank, NA;

2. Copies of documents related to National City Bank and PNC loan facilities to Consortium;

3. Copies of the Capital Authorization Agreement executed by PNC Bank, NA;

4. Copies of email correspondence between and among representatives of Consortium, Standard Chartered Bank (China), National City Bank, and PNC Bank, NA; and

5. Financial data related to Consortium's China operations;

These items will be available for inspection and copying pursuant to Fed. R. Civ. P. 34 at the offices of Flagel & Papakirk, LLC, 50 E Business Way, Suite 410, Cincinnati, Ohio 45241.

C.  **Damages.**  Consortium claims damages in excess of $15,000,000 USD, comprised of the following: (a) double liability on the amount of the Letter of Credit; (b) compensatory damages in excess of $3,000,000 invested in the China operations; (c) compensatory damages in excess of $12,000,000 in business as the direct result of the failure to carry out the Capital Contribution Agreement; (d) any other compensatory, consequential, special, or derivative damages sustained by Consortium; and (e) punitive damages and attorneys' fees for PNC Bank's conduct.

Any non-privileged documents or evidentiary materials upon which the damages are based will be made available for inspection and copying pursuant to Fed. R. Civ. P. 34 at the offices of Flagel & Papakirk, LLC, 50 E Business Way, Suite 410, Cincinnati, Ohio 45241.

D.  <u>Insurance</u>.  None that is applicable, to the best of Consortium's knowledge.

Respectfully submitted,

**FLAGEL & PAPAKIRK LLC**

/s/ Todd J. Flagel
Todd J. Flagel (KBA 91116)
James Papakirk
50 E Business Way, Suite 410
Cincinnati, Ohio 45241
(513) 984-8111
tflagel@fp-legal.com
jpapakirk@fp-legal.com

*Co-counsel for Guangzhou Consortium Display Product Company, Ltd., and Consortium Companies, Incorporated*

**GREGORY W. McDOWELL, P.S.C.**

/s/ Gregory W. McDowell
Gregory W. McDowell (KBA 83227)
7415 Burlington Pike, Suite B
Florence, Kentucky 41042
(859) 371-7774

gmcdowell@assuredtitle.com

*Co-Counsel for Guangzhou Consortium Display Product Company, Ltd., and Consortium Companies, Incorporated*

*Attorney for Steven M. Oberst, Lynda G. Oberst, Clinton S. Oberst, and Susan J. Oberst*


/s/ Kevin Feazell_____
Kevin Ray Feazell   (KBA #84678)
Cors & Bassett, LLC
537 E. Pete Rose Way, Suite 400
Cincinnati, OH 45202
513-852-8200
Facsimile:  513-852-8222
krf@corsbassett.com

*Trial Attorney for Plaintiff*
*Roger C. Schreiber*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the Initial Disclosures of Consortium Companies, Incorporated and Guangzhou Consortium Display Product, Ltd. (collectively "Consortium") was electronically served upon the following this ___ day of January, 2012, and that a Notice of Filing will be filed with the Court:

| | |
|---|---|
| Cornelius E. Coryell, II | ccoryell@wyattfirm.com |
| Kevin Ray Feazell | krf@corsbassett.com |
| Gregory W. McDowell | gmcdowell@assuredtitle.com |

                              /s/ Todd J. Flagel
                              Todd J. Flagel (KBA 91116)