UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

| | |
|---|---|
| GUANGZHOU CONSORTIUM PRODUCT COMPANY, ET AL. | ) ) ) |
| PLAINTIFFS<br>v.<br>PNC BANK, NATIONAL ASSOCIATION, ET AL.<br>DEFENDANTS | ) ) ) ) ) ) ) ) ) |

CIVIL ACTION NO. 2:11-CV-00005-DLB

JUDGE DAVID L. BUNNING
MAGISTRATE GREG WEHRMAN

## NOTICE OF FILING SUMMONS

COME NOW Plaintiffs, Guangzhou Consortium Product Company, Ltd. and Consortium Companies, Inc., Steven M. Oberst, Lynda G. Oberst, Clinton S. Oberst, and Susan J. Oberst, and Roger C. Schreiber and, pursuant to Fed.R.Civ.P. 4, provide this Notice of Filing of the attached Summons in a Civil Action.

In order to serve properly Defendant Standard Chartered Bank (China) Limited under the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents, Plaintiffs respectfully request that the Summons include the seal of this honorable Court.

Respectfully submitted,

FLAGEL & PAPAKIRK LLC

/s/ Todd J. Flagel
Todd J. Flagel (KBA 91116)
James Papakirk

50 E Business Way, Suite 410
Cincinnati, Ohio 45241
(513) 984-8111
tflagel@fp-legal.com
jpapakirk@fp-legal.com

*Co-counsel for Guangzhou Consortium Display Product Company, Ltd., and Consortium Companies, Incorporated*

GREGORY W. McDOWELL, P.S.C.

/s/ Gregory W. McDowell
Gregory W. McDowell (KBA 83227)
7415 Burlington Pike, Suite B
Florence, Kentucky 41042
(859) 371-7774
gmcdowell@assuredtitle.com

*Co-Counsel for Guangzhou Consortium Display Product Company, Ltd., and Consortium Companies, Incorporated*

*Attorney for Steven M. Oberst, Lynda S. Oberst, Clinton S. Oberst, and Susan J. Oberst*

CORS & BASSETT, LLC

/s/ Kevin Feazell
Kevin Ray Feazell (KBA #84678)
Cors & Bassett, LLC
537 E. Pete Rose Way, Suite 400
Cincinnati, OH 45202
513-852-8200
Facsimile: 513-852-8222
krf@corsbassett.com

*Attorneys for Plaintiff Roger C. Schreiber*

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed with the Clerk using the CM/ECF system this 26th day of January, 2012, which will serve the following:

| | |
|---|---|
| Cornelius E. Coryell, II | ccoryell@wyattfirm.com |
| Kevin Ray Feazell | krf@corsbassett.com |
| Gregory W. McDowell | gmcdowell@assuredtitle.com |

/s/ Todd J. Flagel
Todd J. Flagel (KBA 91116)

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Kentucky

| | |
|---|---|
| Guangzhou Consortium Display Product LTD, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 2:11-CV-00005 - DLB |
| ) | |
| PNC Bank, N.A., et al. ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Standard Chartered Bank (China) Limited
10/F International Finance Place
No. 8 Huaxia Road
Pearl River New Town
Guangzhou 510623 China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Guangzhou Consortium Display Product LTD
c/o Flagel & Papakirk LLC
50 E-Business Way, Suite 410
Cincinnati, Ohio 45241

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: