UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION (COVINGTON)

| | |
|---|---|
| **GUANGZHOU CONSORTIUM** **DISPLAY PRODUCT, LTD.**, *et al.* | CASE NO. 2:11-CV-00005 |
| Plaintiffs, | JUDGE DAVID L. BUNNING MAGISTRATE GREG WEHRMAN |
| vs. | |
| **PNC BANK, N.A.**, *et al.* | |
| Defendants. | |

**PLAINTIFFS GUANGZHOU CONSORTIUM DISPLAY PRODUCT LTD. AND CONSORTIUM COMPANIES, INCORPORATED'S NOTICE OF SERVICE**

NOW COME Plaintiffs Guangzhou Consortium Display Product, Ltd. and Consortium Companies, Incorporated, by and through counsel, and hereby give notice that on February 14, 2012, Plaintiffs' counsel delivered to counsel for Defendant PNC Bank, N.A., via email and first class mail, the following:

(1) Plaintiff Consortium Companies, Incorporated's Objections and Responses to Defendant's First Set of Interrogatories and Requests for Production of Documents; and

(2) Objections and Responses of Consortium Companies, Incorporated and Guangzhou Consortium Product Company, Inc. to PNC Bank, N.A.'s First Requests for Admission and Interrogatories.

Plaintiffs further give notice that on February 15, 2012, Plaintiffs' counsel delivered to counsel for Defendant PNC Bank, N.A., via email and overnight mail, the following:

(1) Guangzhou Consortium Product Company's and Consortium Companies Incorporated's First Set of Interrogatories and Requests for Production of Documents to PNC Bank, National Association;

(2) Plaintiffs Guangzhou Consortium Display Product Company, Ltd. and Consortium Companies, Inc.'s First Requests for Admission and Interrogatories to Defendant PNC Bank, National Association; and

(3) One disc containing documents with Bates numbers Cons_00001 through Cons_03365.

Respectfully submitted,

**FLAGEL & PAPAKIRK LLC**

/s/ Todd J. Flagel
Todd J. Flagel (KBA 91116)
James Papakirk
50 E Business Way, Suite 410
Cincinnati, Ohio 45241
(513) 984-8111
tflagel@fp-legal.com
jpapakirk@fp-legal.com

*Co-counsel for Guangzhou Consortium Display Product Company, Ltd., and Consortium Companies, Incorporated*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed with the Clerk using the CM/ECF system this 16th day of February, 2012, which will serve the following:

Cornelius E. Coryell, II     ccoryell@wyattfirm.com
Kevin Ray Feazell            krf@corsbassett.com
Gregory W. McDowell          gmcdowell@assuredtitle.com

        /s/ Todd J. Flagel
        Todd J. Flagel (KBA 91116)