UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION (COVINGTON)

| | |
|---|---|
| **GUANGZHOU CONSORTIUM DISPLAY PRODUCT, LTD.,** *et al.* | **CASE NO. 2:11-CV-00005** |
| Plaintiffs, | **JUDGE DAVID L. BUNNING**<br>**MAGISTRATE GREG WEHRMAN** |
| vs. | |
| **PNC BANK, N.A.,** *et al.* | |
| Defendants. | |

**PLAINTIFFS GUANGZHOU CONSORTIUM DISPLAY PRODUCT LTD. AND CONSORTIUM COMPANIES, INCORPORATED'S
NOTICE OF SERVICE**

NOW COME Plaintiffs Guangzhou Consortium Display Product, Ltd. and Consortium Companies, Incorporated, by and through counsel, and hereby give notice that on February 24, 2012, Plaintiffs' counsel delivered to counsel for Defendant PNC Bank, N.A., via email Plaintiff Consortium Companies, Incorporated's Objections and Responses to Defendant's Second Set of Interrogatories and Requests for Production of Documents.

        Respectfully submitted,

**FLAGEL & PAPAKIRK LLC**

/s/ Todd J. Flagel
Todd J. Flagel (KBA 91116)
James Papakirk
50 E Business Way, Suite 410
Cincinnati, Ohio 45241
(513) 984-8111
tflagel@fp-legal.com
jpapakirk@fp-legal.com

*Co-counsel for Guangzhou Consortium Display Product Company, Ltd., and Consortium Companies, Incorporated*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed with the Clerk using the CM/ECF system this 24th day of February, 2012, which will serve the following:

| | |
|---|---|
| Cornelius E. Coryell, II | ccoryell@wyattfirm.com |
| Kevin Ray Feazell | krf@corsbassett.com |
| Gregory W. McDowell | gmcdowell@assuredtitle.com |

        /s/ Todd J. Flagel
        Todd J. Flagel (KBA 91116)

2