UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION (COVINGTON)

| | | |
|---|---|---|
| GUANGZHOU CONSORTIUM DISPLAY PRODUCT, LTD., *et al.* | : | CASE NO. 2:11-CV-00005 |
| | : | |
| Plaintiffs, | | JUDGE DAVID L. BUNNING |
| | : | MAGISTRATE GREG WEHRMAN |
| vs. | : | |
| PNC BANK, N.A., *et al.* | : | |
| Defendants. | : | |

**PLAINTIFFS GUANGZHOU CONSORTIUM DISPLAY PRODUCT LTD. AND CONSORTIUM COMPANIES, INCORPORATED'S
NOTICE OF SERVICE**

NOW COME Plaintiffs Guangzhou Consortium Display Product, Ltd. and Consortium Companies, Incorporated, by and through counsel, and hereby give notice that on March 9, 2012, Plaintiffs' counsel delivered to counsel for Defendant PNC Bank, N.A., via first class mail, the following:

(1) Plaintiff Consortium Companies, Incorporated's First Supplemental Response to Defendant's First Set of Interrogatories and Requests for Production of Documents;

(2) One disc containing documents with Bates numbers Cons_03366 through Cons_27978; and

(3) Certification of Counsel of Designation of Information as Confidential.

Plaintiffs further give notice that on March 9, 2012, Plaintiffs' counsel delivered to counsel for Defendant PNC Bank, N.A., via email, the following:

(1) Privilege Log of Guangzhou Consortium Product Company, LTD and Consortium Companies, Inc.

Respectfully submitted,

**FLAGEL & PAPAKIRK LLC**

/s/ James Papakirk
Todd J. Flagel (KBA 91116)
James Papakirk
50 E Business Way, Suite 410
Cincinnati, Ohio 45241
(513) 984-8111
tflagel@fp-legal.com
jpapakirk@fp-legal.com

*Co-counsel for Guangzhou Consortium Display Product Company, Ltd., and Consortium Companies, Incorporated*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed with the Clerk using the CM/ECF system this 9th day of March, 2012, which will serve the following:

Cornelius E. Coryell, II    ccoryell@wyattfirm.com
Kevin Ray Feazell           krf@corsbassett.com
Gregory W. McDowell         gmcdowell@assuredtitle.com

/s/ James Papakirk
James Papakirk