**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**AT COVINGTON**

|  |  |
|---|---|
| **GUANGZHOU CONSORTIUM DISPLAY PRODUCT COMPANY, Ltd., ET AL.** ) ) ) ) | |
| **PLAINTIFFS** ) | |
| ) | CIVIL ACTION NO. 2:11-cv-00005-DLB |
| **v.** ) ) | |
| **PNC BANK, N.A., ET AL.** ) ) | |
| **DEFENDANTS** ) ) | |

**STIPULATION AND AGREED ORDER**
**REGARDING FIRST AMENDED COMPLAINT**

Upon agreement of the parties and the Court being in all ways sufficiently advised;

IT IS HEREBY AGREED, ORDERED AND ADJUDGED AS FOLLOWS:

The time for Defendant Standard Chartered Bank (China) Limited (Guangzhou Branch)

to move, answer, or otherwise respond to Plaintiffs' First Amended Complaint in this action shall

be extended through and including July 11, 2012.

SO ORDERED THIS _____ DAY OF JULY, 2012.

_____
HON. DAVID L. BUNNING
JUDGE, U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

Have seen and agreed:


/s/ James Papakirk with permission by P. Blaine Grant
James Papakirk
Flagel & Papakirk LLC
50 E Business Way, Suite 410
Cincinnati, Ohio 45241
Tel:  513-984-8111
Fax:  513-984-8118
Email: jpapakirk@fp-legal.com
*Counsel for Plaintiffs*


/s/ P. Blaine Grant
P. Blaine Grant
J. Shannon Bouchillon
Hayden Craig & Grant, PLLC
718 West Main Street, Suite 202
Louisville, Kentucky 40202
Tel:  502-638-2836
Fax:  502-805-0705
Email:  blaine@haydencraiggrant.com
*Counsel for Defendant Standard Chartered*
*Bank (China) Limited (Guangzhou Branch)*