UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON
CIVIL ACTION NO. 11-5-DLB-JGW

GUANGZHOU CONSORTIUM DISPLAY PRODUCT CO., LTD., et al.   PLAINTIFFS

V.

PNC BANK, et al.                                                                                            DEFENDANTS

### ORDER

On July 9, 2012 the parties filed a proposed agreed order/stipulation permitting defendant Standard Charter Bank (China) Limited to have until July 11, 2012 in which to answer or otherwise respond to plaintiff's complaint. The Court will construe the stipulation as an agreed motion for extension of time. Because no party will suffer demonstrable prejudice from the brief extension of time, the construed motion will be granted.

Accordingly, it is **ORDERED:**

The construed agreed motion for extension of time [Doc. 55] is **granted** and defendant Standard Charter Bank (China) Limited shall answer or otherwise respond to plaintiffs' first amended complaint by July 11, 2012.

This the 10th day of July, 2012.

Signed By:
J. Gregory Wehrman
United States Magistrate Judge

G:\Larry\Memos & Misc\guangzhou, grant construed m ext time.wpd