# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# AT COVINGTON

| | |
|---|---|
| GUANGZHOU CONSORTIUM DISPLAY PRODUCT, LTD., *et al.,* <br><br>　　　　Plaintiffs, <br><br>　vs. <br><br>PNC BANK, N.A., *et al.*, <br><br>　　　　Defendants. | Civil Action No. 2:11-cv-00005-DLB |

## MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(2) AND 12(b)(6)

Defendant Standard Chartered Bank (China) Limited ("SCBC"), by counsel, hereby moves the Court pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) to dismiss the First Amended Complaint. There is no basis for personal jurisdiction over SCBC in the Commonwealth of Kentucky. Furthermore, neither the allegations in Plaintiffs' complaint nor the relevant documents support Plaintiffs' claim against SCBC for breach of fiduciary duty.

For the reasons set forth herein, and in the accompanying Memorandum of Law in Support of Motion to Dismiss, SCBC respectfully requests the Court to dismiss the claims asserted against it in Plaintiffs First Amended Complaint.

Respectfully submitted,


/s/ P. Blaine Grant
P. Blaine Grant
J. Shannon Bouchillon
HAYDEN CRAIG & GRANT, PLLC
718 West Main Street, Suite 202
Louisville, Kentucky 40202
Tel: 502-638-2836
Fax: 502-805-0705
Email: blaine@haydencraiggrant.com
Email: shannon@haydencraiggrant.com

-and-

Karl Geercken
Matthew Decker
Alex Hood
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016
Tel: 212-210-9400
Email: karl.geercken@alston.com
Email: matt.decker@alston.com
Email: alex.hood@alston.com


*Counsel for Defendant Standard Chartered Bank (China) Limited (Guangzhou Branch)*


**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2011, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ P. Blaine Grant

2