Board Minutes-BM1(04)

# RESOLUTIONS OF THE BOARD OF DIRECTORS
# OF GUANGZHOU CONSORTIUM DISPLAY PRODUCT CO., LTD

A meeting of the Board of Directors of Guangzhou Consortium Display Product Co., Ltd (the "Company") was held at the USA Headquarters of Consortium Companies, Inc. at 1438 Cox Ave., Erlanger, KY, USA on the 2nd day of July, 2007.

Present at the meeting were Mr. Steven Oberst, Ms. Lynda Oberst, and Mr. Roger Schreiber. Also present via tele conference were Mr. Godwin Chow and Ms. Esther Chow.

Whereas, a due notice of the meeting has been given to all of the directors and a quorum of the Board of Directors of the Company was confirmed at the meeting;

Whereas, Standard Chartered Bank (China) Limited had offered to make available certain facilities (the "Facilities") to the Company on the terms set out in various discussions and the Bank's draft facility letter dated 2nd July, 2007. (the "Facility Letter", any variation set out in the "Supplementary Letter"), a copy of which were all tabled;

Whereas, the following security document(s) were tabled, which had to be executed by the Company and delivered to the Bank before the Facilities would become available or the Facilities continuing to be made available:

(a) General Customer Agreement;
(the "Security Document(s)");

Whereas, the Company may, from time to time, wish to vary the Facilities and that it would be appropriate for certain variations to be authorized in advance at this meeting.

It was resolved that:

(a) it is in the interests of the Company, to its benefit and in furtherance of its objects, that the Company accept the Facilities;

(b) Mr. Roger Schreiber or Ms. Joyce Xu (徐京) (each an "representative", collectively "representatives") be and are hereby authorized to:

   (v) sign, on behalf of the Company, the Facility Letter, Security Document(s) and such other documents as such representative or representatives may deem necessary and proper in connection therewith;

   (ii) in accordance with the articles of association of the Company, affix the chop of the Company to each Security Document which needs to be executed under seal;

   (iii) from time to time and on behalf of the Company approve any temporary excess borrowing or other accommodation or other temporary variation of the Facilities or of the terms of the Facility Letter;

   (iv) from time to time and on behalf of the Company agree with the Bank to (x) increase or otherwise vary the limits or accommodation available under the Facilities, (y) vary the terms on which the Facilities are to be made available or

1

**EXHIBIT**

1-B

continued (whether as to security or otherwise), and (z) for this purpose, execute any amendment or supplement to the Facility Letter and such other documents and do such other things as such representative may deem necessary and proper in connection with the aforementioned matters; and

(v) sign, on behalf of the Company, any further security document which is to be executed under hand and which is required to be executed in connection with any variation of the Facilities approved pursuant to resolution (iv) above.

The following are the authentic specimen signatures of the representatives set opposite their names and titles, and the specimen of the Company's chop:

| Name | Title | Signature | Chop |
|---|---|---|---|
| Roger Schreiber | Director | *[signed] Roger Schreiber* | *[company chop: Consortium Display Products / 广州智巧展示制品有限公司]* |
| Joyce Xu (徐京) | Financial Manager | *[signed] Joyce Xu* | |

It was further resolved that a copy of these resolutions (certified as a true copy by Roger Schreiber, Director) be delivered to the Bank and shall remain in force until an amending resolution has been passed by the Board of Directors and a duly certified copy thereof shall have been delivered to the Bank.

Signatures of those directors present:

_[signed]_ Mr. Steven Oberst   _[signed]_ Ms. Lynda Oberst   _[signed]_ Mr. Roger Schreiber

_[signed]_ Mr. Godwin Chow   _[signed]_ Ms. Esther Chow

Certified a true copy of the original Board Minutes.

_[signed]_ Mr. Steven Oberst, Chairman and Director