

To: Standard Chartered Bank (China) Limited,

Date: August 12, 2008

**Letter of Undertaking**

Dear Sirs,

We refer to the banking facilities made, or to be made available by Standard Chartered Bank, its branches, subsidiaries and/or associated companies (the "Bank") to **Guangzhou Consortium Display Product Company Ltd.** 广州智巧展示制品有限公司 ("the Company").

In consideration of the Bank providing or continuing banking facilities or other accommodation or services to the Company for so long as the Bank may think fit, we hereby undertake that we will:

A.   take all necessary measures to ensure that the Company will fully perform its obligations under the banking facilities throughout the life of the facilities, including but not limited to making capital injection to increase the registered capital of the Company; or

B.   take all necessary measures to ensure that enough GAP (defined as the sum of the Company's cumulative amount of medium and long term foreign debts, the balance of its short term foreign debts and realized foreign security amount not exceeding the difference between its total approved investment amount and registered capital amount) is available at the time of enforcement of foreign security and foreign debt registration, including but not limited to making capital injection to enlarge the GAP.

The Company hereby irrevocably submits to the non exclusive jurisdiction of the courts of New York State or to the United States Courts for the Southern District of New York in any action or proceeding arising in connection to this Agreement and hereby irrevocably waives any right it might have or may have to oppose the laying of venue of any such action or proceeding before any such courts or to claim that any such courts is an inconvenient forum.

This letter of undertaking shall be governed by and construed in accordance with the laws of the United States and we hereby irrevocably submit to the non-exclusive jurisdiction of the courts of the United States.

Yours faithfully,

_____
signed by **Roger Schreiber**, CFO and Director,

for and on behalf of **Consortium Companies, Inc.**

EXHIBIT 1-C