To: Standard Chartered Bank (China) Limited,

Date:

## Letter of Undertaking

Dear Sirs,

We refer to the banking facilities made, or to be made available by Standard Chartered Bank, its branches, subsidiaries and/or associated companies (the "Bank") to **Guangzhou Consortium Display Product Company Ltd.** 广州智巧展示制品有限公司 ("the Company").

In consideration of the Bank providing or continuing banking facilities or other accommodation or services to the Company for so long as the Bank may think fit, we hereby undertake that we will -

A.  take all necessary measures to ensure that the Company will fully perform its obligations under the banking facilities throughout the life of the facilities, including but not limited to making capital injection to increase the registered capital of the Company; or

B.  take all necessary measures to ensure that enough GAP (defined as the sum of the Company's cumulative amount of medium and long term foreign debts, the balance of its short term foreign debts and realized foreign security amount not exceeding the difference between its total approved investment amount and registered capital amount) is available at the time of enforcement of foreign security and foreign debt registration, including but not limited to making capital injection to enlarge the GAP.

This letter of undertaking shall be governed by and construed in accordance with the laws of Hong Kong and we hereby irrevocably submit to the non-exclusive jurisdiction of the courts of Hong Kong.

Yours faithfully,

signed by _____
a Director
for and on behalf of
SMART PLUS DEVELOPMENT LIMITED

**EXHIBIT 1-D**

please,

ED2_Sec_SCB China(07)
(execution of documents for third party account_PPF)

Certified Extracts of Resolutions of the Director(s) of Smart Plus Development Limited (the "Customer") on _____ where the following resolutions were duly and properly passed *[at a meeting duly convened and constituted where notice had been duly given to all Directors of the Customer and a quorum was present] in accordance with the Customer's constitutional documents and all applicable laws:

1. Noted that Standard Chartered Bank (China) Limited (the "Bank") would make available or continue to make available certain facilities (the "Facilities") including, among others, those terms set out in the Bank's facility letter(s) and, if any, all the document(s) and supplement(s) as referred and/or attached thereto to the borrower(s) mentioned therein including Guangzhou Consortium Display Procuct Company Ltd 广州智巧展示制品有限公司 * [being * [wholly-owned] subsidiary(ies) of the Customer] (the "Company(ies)"), copy(ies) of which was / were attached hereto.

2. Attached to these resolutions was / were the following document(s) which had to be executed by the Customer in favour of the Bank to secure the obligations and liabilities of the Company(ies) owed or to be owed to the Bank.

    (a) Letter of Undertaking

    ("the Security Document(s)").

3. After careful consideration of the Security Document(s), and on being satisfied that: it is for the benefit of the Customer and in the best and bona fide interests of the Customer that the Company(ies) should have the benefit of the Facilities (all appropriate interests having been declared in the manner required by applicable laws and the Customer's constitutional documents), the terms of the Security Document(s) were negotiated on an arm's length basis and on normal commercial terms, and were fair and reasonable; and entry into the Security Document(s) would not (i) result in the Customer breaching any law or regulation or other obligation applicable to it, (ii) conflict with its constitutional documents, or (iii) result in the Customer exceeding any borrowing or other similar limit applicable to it.

    The Director(s) confirmed that the Customer is solvent and that entering into the Security Document(s) by the Customer would not render the Customer unable to pay its debts (taking into account any contingent liabilities under the Security Document(s))

    It was unanimously resolved that:

    (a) ~~the seal of the Customer be affixed to each Security Document which has to be executed under seal and that each such Security Document be signed by~~ _____

    (b) any director be and is hereby authorised to sign on behalf of the Customer each Security Document which is to be executed under hand;

    (c) any director be and is hereby authorised on behalf of the Customer to execute such other documents (with such amendments, alterations or additions thereto as he may in his absolute discretion think fit, whose signature thereto shall be conclusive evidence of his approval to such amendments, alterations or additions) and do such other things relating to any of the matters aforesaid as such director may deem necessary and proper in connection therewith; and

    (d) a copy of the foregoing resolutions be provided to the Bank.

* Please delete as appropriate.

Certified a True Copy by

The Sole Director / Chairman
Name

behalf of
S DEVELOPMEN
狂 展 有 限

Authorized S

Please f'd

EM2_Sec_SCB China(07)
(execution of documents for third party account_PPF)

Certified Extracts of Resolutions of the Member(s) of Smart Plus Development Limited (the "Customer") on _____ where the following resolutions were duly and properly passed *[at a meeting duly convened and constituted where notice had been duly given to all Members of the Customer and a quorum was present] in accordance with the Customer's constitutional documents and all applicable laws:

1. Noted that Standard Chartered Bank (China) Limited (the "Bank") would make available or continue to make available certain facilities (the "Facilities") including, among others, those terms set out in the Bank's facility letter(s) and, if any, all the document(s) and supplement(s) as referred and/or attached thereto to the borrower(s) mentioned therein including Guangzhou Consortium Display Product Company Ltd. 广州智巧展示制品有限公司 *[being *[wholly-owned] subsidiary(ies) of the Customer] (the "Company(ies)"), copy(ies) of which was / were attached hereto.

2. Attached to these resolutions was / were the following document(s) which had to be executed by the Customer in favour of the Bank to secure the obligations and liabilities of the Company(ies) owed or to be owed to the Bank:

   - Letter of Undertaking

   (the "Security Document(s)").

2. After careful consideration of the Security Document(s), and on being satisfied that: it is for the benefit of the Customer and in the best and bona fide interests of the Customer that the Company(ies) should have the benefit of the banking facilities and/or services (all appropriate interests having been declared in the manner required by applicable laws and the Customer's constitutional documents); the terms of the Security Document(s) were negotiated on an arm's length basis and on normal commercial terms, and were fair and reasonable; and entry into the Security Document(s) would not (i) result in the Customer breaching any law or regulation or other obligation applicable to it, (ii) conflict with its constitutional documents, or (iii) result in the Customer exceeding any borrowing or other similar limit applicable to it.

The Member(s) confirmed that the Customer is solvent and that entering into the Security Document(s) by the Customer would not render the Customer unable to pay its debts (taking into account any contingent liabilities under the Security Document(s)).

It was unanimously resolved that it is in the best and bona fide interests of the Customer, to its benefit and in furtherance of its objects, the execution of the Security Document(s) and any other documents relating to the said transactions be and are hereby ratified, approved and confirmed.

* Please delete as appropriate.

Certified a True Copy by

For and on behalf of
SMART PLUS DEVELOPMENT LIMITED
培 智 發 展 有 限 公 司

The Sole Member / Chairman
Name

Authorized Signature(s)

LIMITED
公 司

nature(s)