*to Olive Zhang*
*from*

**Delgado, Yvonne**

| | |
|---|---|
| From: | Du, Lucas |
| Sent: | Sunday, August 10, 2008 11:57 PM |
| To: | Roger C. Schreiber; Joyce XU; Delgado, Yvonne |
| Cc: | Zhang, Olive Si Hua; Liu, Vanessa Ying; Urbina, Daniel |
| Subject: | FW: Urgent! Documents need your signature-Guangzhou Consortium |
| Attachments: | Subordination Agreement.DOC; LOU1.DOC |

Dear Roger,

I'm very sorry for this short notice. Please kindly check the attached "Letter of Undertaking" and "Loan subordination" needed to be signed by Consortium Companies, Inc and SMART PLUS DEVELOPMENT LIMITED. These two documents needed to be signed and forward to Yvonne by 14 Aug (Yvonne, could you please advise your address to Roger? These documents need to be handled by US CRC. Thanks).

According to our internal credit approval condition for general banking facilities made available to Guangzhou Consortium, we need your assistance on the following:

1) For Letter of Undertaking:

According to China SAFE's regulation, foreign banks can not claim overseas securities and convert USD into RMB if there is no GAP between its total approved investment amount and registered capital for Guangzhou Consortium. Guangzhou Consortium ("The Company") has zero GAP at current moment, thus we need undertaking from shareholder that in case of need, the parent will make necessary capital injection to enlarge the GAP between total approved investment amount and registered capital.

Such being the case, we need you to sign the "Letter of Undertaking" for loan documentation.

Please kindly send the signed original documents and related Board Resolution to SCB USA.

2) For Subordination Agreement,

It is for assuring the bank that the Parent Company will not ask the Company to repay shareholder loan before bank loan has been repaid.

Only Consortium Companies, Inc needs to sign this agreement. Please also kindly send the original letters with related Board resolution to SCB USA.

Thank you very much for your cooperation.

Regards,
Lucas

*Attached is the signed agreement*

**EXHIBIT 1-E**