**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**AT COVINGTON**

| | |
|---|---|
| GUANGZHOU CONSORTIUM DISPLAY PRODUCT, LTD., *et al.,* | |
| Plaintiffs, | Civil Action No. 2:11-cv-00005-DLB |
| vs. | |
| PNC BANK, N.A., *et al.*, | |
| Defendants. | |

## ORDER

Defendant Standard Chartered Bank (China) Limited, having moved the Court pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6) to dismiss Plaintiffs' First Amended Complaint and claims against it, Plaintiffs having responded, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that the Defendant's Motion be, and it is hereby, GRANTED in its entirety and that Plaintiffs' First Amended Complaint and all claims against Standard Chartered Bank (China) Limited be, and they are hereby, DISMISSED WITH PREJUDICE.

This is a final and appealable Order and there is no just cause for delay in its entry.

2

Tendered by:

/s/ P. Blaine Grant
P. Blaine Grant
J. Shannon Bouchillon
HAYDEN CRAIG & GRANT, PLLC
718 West Main Street, Suite 202
Louisville, Kentucky 40202
Tel: 502-638-2836
Fax: 502-805-0705
Email: blaine@haydencraiggrant.com
Email: shannon@haydencraiggrant.com

-and-

Karl Geercken
Matthew Decker
Alex Hood
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016
Tel: 212-210-9400
Email: karl.geercken@alston.com
Email: matt.decker@alston.com
Email: alex.hood@alston.com

*Counsel for Defendant Standard Chartered Bank (China) Limited (Guangzhou Branch)*