UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| **GUANGZHOU CONSORTIUM PRODUCT COMPANY,** *et al.* : | Case No. 2:11-CV-00005-DLB |
| : | |
| : | JUDGE DAVID L. BUNNING |
| **Plaintiffs,** : | |
| : | MAGISTRAGE JUDGE J. |
| vs. : | GREGORY WEHRMAN |
| : | |
| **PNC BANK, NATIONAL ASSOCIATION,** *et al.* : | |
| : | |
| **Defendants.** : | |

**PLAINTIFF CONSORTIUM COMPANIES, INC.'S MOTION TO EXTEND THE TIME TO REVIEW THE DEPOSITION TRANSCRIPT AND TO PROVIDE AN ERRATA SHEET**

Plaintiff Consortium Companies, Inc. ("CCI"), by and through counsel, respectfully moves the Court to extend the time for its corporate designees to review the deposition transcript furnished on June 18, 2012 and to provide an errata sheet listing any changes and the reasons for making them. As grounds for this Motion, CCI states that it needs an additional week to review because there was some initial difficulty in accessing an electronic version of the transcript and the corporate designee (who is represented individually by separate counsel) is located out of state and has been travelling. A brief extension will not prejudice any of the parties, particularly because there are no impending deadlines and because the deadline for reviewing the transcript of the other corporate plaintiff is June 25, 2012. A Proposed Order is attached.

Respectfully submitted,
**FLAGEL & PAPAKIRK LLC**

/s/ Todd J. Flagel
Todd J. Flagel (KBA 91116)
James Papakirk
50 E Business Way, Suite 410
Cincinnati, Ohio 45241
(513) 984-8111
tflagel@fp-legal.com
jpapakirk@fp-legal.com

*Co-counsel for Guangzhou Consortium Display Product Company, Ltd., and Consortium Companies, Incorporated*


**GREGORY W. McDOWELL, P.S.C.**

/s/ Gregory W. McDowell
Gregory W. McDowell (KBA 83227)
7415 Burlington Pike, Suite B
Florence, Kentucky 41042
(859) 371-7774
gmcdowell@assuredtitle.com

*Co-Counsel for Guangzhou Consortium Display Product Company, Ltd., and Consortium Companies, Incorporated*

*Counsel for Steven M. Oberst, Lynda S. Oberst, Clinton S. Oberst, and Susan J. Oberst*

**MEMORANDUM**

The corporate deposition of CCI took place on May 30 and 31, 2012. CCI received the transcript on June 18, 2012. One of CCI's corporate designees initially had difficulty accessing the electronic transcript which resulted in a delay in his ability to review. Because he is located out of town and has been travelling, CCI is requesting an additional week's time to permit him to review the transcript and complete the Errata Sheet. This additional time coincides with the time in which the other corporate Plaintiff, Guangzhou Consortium Product Company ("CCC") has to review its partial transcript and submit an Errata Sheet.

This Court has discretion to grant an extension pursuant to Fed.R.Civ.P. 30(e). *See, e.g., EBC, Inc. v. Clark Building Systems, Inc.,* 618 F.3d 253, fn. 12, (3rd Cir. 2010) (holding that the "natural language" of Rule 30(e) "does not preclude courts from allowing more time upon a prior request…."). In addition, Fed.R.Civ.P. 6(b) allows the Court to "extend the time for taking any action under the Rules of Civil Procedure…." *Superior Production Partnership v. Gordon Auto Body Parts Co., Ltd.,* S.D.Ohio No. 2:06-cv-0916, 2009 WL 690609, *2 (March 12, 2009). The Court in *Superior Production* held that good cause existed to allow an extension of less than three weeks to provide an errata sheet in part because a short delay "cannot be considered prejudicial…."

Here, the Defendants will not be prejudiced by a one-week extension. The deadline for review of the deposition transcript of Plaintiff CCC and provision of an

3

errata sheet is not until July 25, 2012. Allowing Plaintiff CCI and Mr. Schreiber an extension until that same date cannot be considered prejudicial. Accordingly, Plaintiff Consortium Companies, Inc. requests that this Court enter an Order extending the time for Roger C. Schreiber to review his deposition transcript and provide an errata sheet up through and including July 25, 2012.

    Respectfully submitted,
**FLAGEL & PAPAKIRK LLC**

/s/ Todd J. Flagel
Todd J. Flagel (KBA 91116)
James Papakirk
50 E Business Way, Suite 410
Cincinnati, Ohio 45241
(513) 984-8111
tflagel@fp-legal.com
jpapakirk@fp-legal.com

*Co-counsel for Guangzhou Consortium Display Product Company, Ltd., and Consortium Companies, Incorporated*


**GREGORY W. McDOWELL, P.S.C.**

/s/ Gregory W. McDowell
Gregory W. McDowell (KBA 83227)
7415 Burlington Pike, Suite B
Florence, Kentucky 41042
(859) 371-7774
gmcdowell@assuredtitle.com

*Co-Counsel for Guangzhou Consortium Display Product Company, Ltd., and Consortium Companies, Incorporated*

*Counsel for Steven M. Oberst, Lynda S. Oberst, Clinton S. Oberst, and Susan J. Oberst*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed with the Clerk using the CM/ECF system this 18th day of July, 2012, which will serve the following:

Cornelius E. Coryell, II  ccoryell@wyattfirm.com
P. Blaine Grant  blaine@haydencraiggrant.com
J. Shannon Bouchillon  Shannon@haydencraiggrant.com
Karl Geercken  karl.geercken@alston.com
Matthew Decker  matt.decker@alston.com
Alex Hood  alex.hood@alston.com

      /s/ Todd J. Flagel
      Todd J. Flagel (KBA 91116)

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| **GUANGZHOU CONSORTIUM PRODUCT COMPANY,** *et al.* : | Case No. 2:11-CV-00005-DLB |
| : | |
| : | JUDGE DAVID L. BUNNING |
| **Plaintiffs,** : | |
| : | MAGISTRAGE JUDGE J. |
| vs. : | GREGORY WEHRMAN |
| : | |
| **PNC BANK, NATIONAL ASSOCIATION,** *et al.* : | |
| : | |
| **Defendants.** : | |

### ORDER GRANTNG PLAINTIFF CONSORTIUM COMPANIES, INC.'S MOTION TO EXTEND THE TIME TO REVIEW THE DEPOSITION TRANSCRIPT AND TO PROVIDE AN ERRATA SHEET

This matter is before the Court upon Plaintiff Consortium Companies, Inc.'s Motion to Extend the Time to Review the Deposition Transcript and to Provide an Errata Sheet. This Court, having considered Plaintiff's Motion and the grounds presented therein, finds the Motion to be well taken.

IT IS ORDERED that Plaintiff Consortium Companies, Inc's corporate designee Roger C. Schreiber has up to and including July 25, 2012 to review his deposition transcript and provide an errata sheet.

IT IS SO ORDERED.

**Prepared by:**

/s/ Todd J. Flagel
Todd J. Flagel (KBA#91116)
**FLAGEL & PAPAKIRK LLC**
50 E Business Way, Suite 410
Cincinnati, Ohio 45241
(513) 984-8111
tflagel@fp-legal.com

*Co-counsel for Guangzhou Consortium Display Product Company, Ltd., and Consortium Companies, Incorporated*

/s/ Gregory W. McDowell
Gregory W. McDowell (KBA#83227)
**GREGORY W. McDOWELL, P.S.C.**
7415 Burlington Pike, Suite B
Florence, Kentucky 41042
(859) 371-7774

*Co-Counsel for Guangzhou Consortium Display Product Company, Ltd., and Consortium Companies, Incorporated*

*Attorney for Steven M. Oberst, Lynda S. Oberst, Roger C. Schreiber, Clinton S. Oberst, and Susan J. Oberst*

Copies to:

| | |
|---|---|
| Cornelius E. Coryell, II | ccoryell@wyattfirm.com |
| P. Blaine Grant | blaine@haydencraiggrant.com |
| J. Shannon Bouchillon | Shannon@haydencraiggrant.com |
| Karl Geercken | karl.geercken@alston.com |
| Matthew Decker | matt.decker@alston.com |
| Alex Hood | alex.hood@alston.com |