UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON
CIVIL ACTION NO. 11-5-DLB-JGW

**GUANGZHOU CONSORTIUM DISPLAY PRODUCT CO., LTD., et al.   PLAINTIFFS**

**V.**

**PNC BANK, et al.                                                                               DEFENDANTS**

**ORDER**

Pending is a motion for extension of time to review a transcript of a deposition by plaintiff Consortium Companies, Inc ("CCI").  Doc. 58.  CCI requests an additional week for Roger Schreiber, its corporate designee, to review a transcript of his deposition because of "initial[] . . . difficulty accessing the electronic transcript" and Schreiber's being "located out of town . . . ." *Id.* at p.3.

Fed.R.Civ.P. 30(e) provides that on request a deponent is allowed 30 days to review a deposition transcript "after being notified by the officer that the transcript or recording is available . . . ."  CCI asserts that it received the transcript in question on June 18, 2012 and asks the Court to permit it, via Schreiber, to have until July 25, 2012 to review the transcript and to provide an errata sheet.  Given the brief nature of the requested extension and the lack of prejudice granting the extension would cause other parties, the motion for extension of time will be granted without the necessity of responses being filed.

Accordingly, it is **ORDERED:**

The motion for extension of time [Doc. 58] is granted and CCI's corporate designee, Roger Schreiber, shall have until July 25, 2012 to review his deposition transcript and, if necessary, provide an errata sheet.

This the 19th day of July, 2012.



G:\Larry\Memos & Misc\11-5, guangzhou, extend time review depo.wpd