UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| **GUANGZHOU CONSORTIUM PRODUCT COMPANY**, *et al.* : | Case No. 2:11-CV-00005-DLB |
| : | |
| : | JUDGE DAVID L. BUNNING |
| Plaintiffs, : | |
| : | MAGISTRAGE JUDGE J. |
| vs. : | GREGORY WEHRMAN |
| : | |
| **PNC BANK, NATIONAL ASSOCIATION**, *et al.* : | |
| : | |
| Defendants. : | |

**PLAINTIFF CONSORTIUM COMPANIES, INC.'S SECOND MOTION TO EXTEND THE TIME TO REVIEW THE DEPOSITION TRANSCRIPT AND TO PROVIDE AN ERRATA SHEET**

Plaintiff Consortium Companies, Inc. ("CCI"), by and through counsel, respectfully moves the Court to for a second, short extension of time for its corporate designee to review the 453-deposition transcript furnished on June 18, 2012 and to provide an errata sheet listing any changes and the reasons for making them. CCI is requesting an additional 4 business days, up to and including July 31, 2012 to complete its review. The grounds for the Motion are set forth in the attached Memorandum. Further, CCI states that this request is not interposed for purposes of delay; instead, it is requested to sub-serve the interests of justice. An additional 4-business day extension will not prejudice any of the parties, particularly because there are no impending deadlines in this matter.

Respectfully submitted,
**FLAGEL & PAPAKIRK LLC**

/s/ Todd J. Flagel
Todd J. Flagel (KBA 91116)
James Papakirk
50 E Business Way, Suite 410
Cincinnati, Ohio 45241
(513) 984-8111
tflagel@fp-legal.com
jpapakirk@fp-legal.com

*Co-counsel for Guangzhou Consortium Display Product Company, Ltd., and Consortium Companies, Incorporated*

2

## MEMORANDUM

The corporate deposition of CCI took place on May 30 and 31, 2012. CCI received the transcript on June 18, 2012. Counsel for CCI previously requested and obtained a one-week extension in which to have the corporate designees review the transcript. Unfortunately, counsel for CCI underestimated the amount of time needed in light of (a) the intervening weekend in the original extension; (b) travel schedules; and (c) the fact that attorney for one of the corporate designees has been in Tulsa, Oklahoma for depositions this week. Accordingly, CCI is requesting a brief extension up to and including July 31, 2012 to complete the review and submit an errata sheet.

This Court has discretion to grant an extension pursuant to Fed.R.Civ.P. 30(e). *See, e.g., EBC, Inc. v. Clark Building Systems, Inc.,* 618 F.3d 253, fn. 12, (3rd Cir. 2010) (holding that the "natural language" of Rule 30(e) "does not preclude courts from allowing more time upon a prior request…."). In addition, Fed.R.Civ.P. 6(b) allows the Court to "extend the time for taking any action under the Rules of Civil Procedure…." *Superior Production Partnership v. Gordon Auto Body Parts Co., Ltd.,* S.D.Ohio No. 2:06-cv-0916, 2009 WL 690609, *2 (March 12, 2009). The Court in *Superior Production* held that good cause existed to allow an extension of less than three weeks to provide an errata sheet in part because a short delay "cannot be considered prejudicial…."

Here, the Defendants will not be prejudiced by an extension until July 31, 2012. Even with the previous extension, the total extension does not exceed two weeks. Allowing Plaintiff CCI and one of its designee, Mr. Schreiber, an extension under the

circumstances cannot be considered prejudicial. Accordingly, Plaintiff Consortium Companies, Inc. requests that this Court enter an Order extending the time for CCI and its corporate designee Roger C. Schreiber to review his deposition transcript and provide an errata sheet up through and including July 31, 2012.

        Respectfully submitted,
**FLAGEL & PAPAKIRK LLC**

/s/ Todd J. Flagel
Todd J. Flagel (KBA 91116)
James Papakirk
50 E Business Way, Suite 410
Cincinnati, Ohio 45241
(513) 984-8111
tflagel@fp-legal.com
jpapakirk@fp-legal.com

*Co-counsel for Guangzhou Consortium Display Product Company, Ltd., and Consortium Companies, Incorporated*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed with the Clerk using the CM/ECF system this 25th day of July, 2012, which will serve the following:

| | |
|---|---|
| Cornelius E. Coryell, II | ccoryell@wyattfirm.com |
| P. Blaine Grant | blaine@haydencraiggrant.com |
| J. Shannon Bouchillon | Shannon@haydencraiggrant.com |
| Karl Geercken | karl.geercken@alston.com |
| Matthew Decker | matt.decker@alston.com |
| Alex Hood | alex.hood@alston.com |
| Gregory McDowell | gmcdowell@assuredtitlellc.com |

/s/ Todd J. Flagel
Todd J. Flagel (KBA 91116)

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| GUANGZHOU CONSORTIUM PRODUCT COMPANY, *et al.* | : : : | Case No. 2:11-CV-00005-DLB |
| | : | JUDGE DAVID L. BUNNING |
| Plaintiffs, | : : | MAGISTRAGE JUDGE J. |
| vs. | : : | GREGORY WEHRMAN |
| PNC BANK, NATIONAL ASSOCIATION, *et al.* | : : : | |
| Defendants. | : : | |

**ORDER GRANTNG PLAINTIFF CONSORTIUM COMPANIES, INC.'S
MOTION TO EXTEND THE TIME TO REVIEW THE DEPOSITION TRANSCRIPT
AND TO PROVIDE AN ERRATA SHEET**

This matter is before the Court upon Plaintiff Consortium Companies, Inc.'s Motion to Extend the Time to Review the Deposition Transcript and to Provide an Errata Sheet. This Court, having considered Plaintiff's Motion and the grounds presented therein, finds the Motion to be well taken.

IT IS ORDERED that Plaintiff Consortium Companies, Inc's corporate designee Roger C. Schreiber has up to and including July 31, 2012 to review his deposition transcript and provide an errata sheet.

IT IS SO ORDERED.

6

**Prepared by:**


/s/ Todd J. Flagel
Todd J. Flagel (KBA#91116)
**FLAGEL & PAPAKIRK LLC**
50 E Business Way, Suite 410
Cincinnati, Ohio 45241
(513) 984-8111
tflagel@fp-legal.com

*Co-counsel for Guangzhou Consortium*
*Display Product Company, Ltd., and*
*Consortium Companies, Incorporated*


Copies to:

| | |
|---|---|
| Cornelius E. Coryell, II | ccoryell@wyattfirm.com |
| P. Blaine Grant | blaine@haydencraiggrant.com |
| J. Shannon Bouchillon | Shannon@haydencraiggrant.com |
| Karl Geercken | karl.geercken@alston.com |
| Matthew Decker | matt.decker@alston.com |
| Alex Hood | alex.hood@alston.com |
| Gregory McDowell | gmcdowell@assuredtitlellc.com |