UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON
CIVIL ACTION NO. 11-5-DLB-JGW

**GUANGZHOU CONSORTIUM DISPLAY PRODUCT CO., LTD., et al.   PLAINTIFFS**

**V.**

**PNC BANK, et al.                                                                           DEFENDANTS**

**ORDER**

Pending is a motion for second extension of time to review a transcript of a deposition by plaintiff Consortium Companies, Inc ("CCI"). Doc. 63. On July 19, 2012 the Court granted CCI's request for a seven day extension to review a deposition transcript. Doc. 59. CCI now requests an additional four business days to review the deposition transcript of Roger Schreiber, its corporate designee, because it had previously underestimated the amount of time needed to review the deposition.

Given the brief nature of the requested extension and the lack of prejudice granting the second extension would cause other parties, the motion for second extension of time will be granted without the necessity of responses being filed. However, the Court is not inclined to grant any further extensions.

Accordingly, it is **ORDERED:**

The motion for second extension of time [Doc. 63] is granted and CCI shall have until July 31, 2012 to review Roger Schreiber's deposition transcript and, if necessary, provide an errata sheet.

This the 26th day of July, 2012.



Signed By:
**J. Gregory Wehrman**
United States Magistrate Judge