UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| **GUANGZHOU CONSORTIUM PRODUCT COMPANY**, *et al.* | : | Case No. 2:11-CV-00005-DLB |
| | : | |
| | : | JUDGE DAVID L. BUNNING |
| **Plaintiffs**, | : | |
| | : | MAGISTRAGE JUDGE J. GREGORY WEHRMAN |
| vs. | : | |
| | : | |
| **PNC BANK, NATIONAL ASSOCIATION**, *et al.* | : | |
| | : | |
| **Defendants.** | : | |

---

### STIPULATION AND AGREED ORDER REGARDING PLAINTIFFS' RESPONSE TO STANDARD CHARTERED BANK (CHINA) LIMITED'S MOTION TO DISMISS

---

Upon agreement of Plaintiffs Guangzhou Consortium Display Product, Ltd and Consortium Companies, Inc. and Defendant Standard Chartered Bank (China) Limited, and the Court being in all ways sufficiently advised;

IT IS HEREBY AGREED, ORDERED AND ADJUDGED AS FOLLOWS:

The time for Plaintiffs Guangzhou Consortium Display Product, Ltd and Consortium Companies, Inc. to respond to Standard Chartered Bank (China) Limited's Motion to Dismiss Plaintiffs' First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6) (Doc. # 57), shall be extended through and including August 9, 2012.

SO ORDERED THIS 1st DAY OF AUGUST, 2012

_____
Hon. David L. Bunning
Judge, U.S. District Court
Eastern District of Kentucky

Have seen and agreed:

/s/ P. Blaine Grant
P. Blaine Grant
HAYDEN CRAIG &GRANT, PLLC
718 West Main Street, Suite 202
Louisville, Kentucky 40202
Tel: 502-638-2836
Fax: 502-805-0705
Email: blaine@haydencraiggrant.com

Matthew Decker
Karl Geercken
ALSTON &BIRD LLP
90 Park Avenue
New York, New York 10016
Tel: 212-210-9400
Email: karl.geercken@alston.com
Email: matt.decker@alston.com
*Counsel for Defendant Standard Chartered Bank (China) Limited (Guangzhou Branch)*

/s/ James Papakirk
James Papakirk
Todd J. Flagel
FLAGEL & PAPAKIRK, LLC
50 E Business Way, Suite 410
Cincinnati, Ohio 45241
Tel: 513 984-8111
Email: jpapakirk@fp-legal.com
Email: tflagel@fp-legal.com
*Counsel for Plaintiffs Guangzhou Consortium Display Product Company, Ltd., and Consortium Companies, Incorporated*