# National City

## International

**Our international team is committed to providing you the very best products and customer service.**

## Products

National City offers a variety of products to help our clients with all their international banking needs. This includes products that help with the payment part of an international transaction (such as letters of credit, documentary collections and foreign wires), global treasury management services, foreign exchange and in some cases financing export sales. National City has an experienced staff and the technology necessary to help you process these transactions easily and efficiently.

## Letters of Credit and Documentary Collections

If you use letters of credit or documentary collections, we can provide you with our state-of-the-art, **internet-based letter of credit processing system**, exact4web® Letters of Credit. Our processing system will provide electronic acknowledgement copies of all documents created by the bank and offers extensive reporting. Authorized users are notified by e-mail when there is new activity. Most importantly, your letters of credit will be processed by our highly experienced and skilled, letter of credit processing staff. Our Cleveland staff supports export and standby letters of credit and documentary collections. Our import letter of credit group is located in Columbus, Ohio.

We will provide you with a turnkey, ready to use system that requires no IT support from Michelman, Inc., and can be accessed by Michelman's authorized personnel from anywhere in the world.

## Foreign Exchange

You are able to execute spot, forward and window contracts for transactions in the 15 most actively traded foreign currencies from 8:30 a.m. to 4:00 p.m. ET.

National City has an experienced foreign exchange staff that can assist you in formulating and executing a corporate foreign exchange policy. With access to a full range of timely market data, they will also provide competitive quotes on any foreign currency request.

EXHIBIT B

PNC008836

If you prefer to use a web-based product, we have a very "user friendly" web-based system for spot and forward transactions. It offers real-time rate quotes which gives you the best possible rates. The system also offers reports covering every contract with National City going back one year, whether it was completed online or through a trader. You can also create templates for your repetitive settlement instructions for both wires and drafts.

## Asian Services

If you are sourcing from Asia or considering it, you may be interested in our Asian Advisory Services. We work with our customers to help them develop a strategy for Asia. We will also introduce you to consultants that can work with you to expand your strategic plan.

If you need local in-country accounts, we can help you open accounts in any of thirteen Asian and four Middle Eastern countries. Through an alliance with Standard Chartered Bank, we can open these accounts for you in Cincinnati, Ohio. We can also help you setup treasury management services and credit for local borrowing needs in these countries.

## Quality Service

We strive to be easily accessible to help you with all your international banking needs. We do this in a variety of ways:

- **Local contact** – Nancy Downey, Vice President has sixteen years of international banking experience. She is located in Cincinnati and can meet with you to discuss your international banking needs, offer solutions and do training as the need arises.

- **Global Client Care Center** – The Global Client Care Center is staffed with experienced people who are there to answer your questions Monday – Friday from 8:00 a.m. – 5:00 p.m. ET. When you call the toll free number during business hours, an experienced professional will answer the phone every time.

- **International Operations** - Our International team is committed to providing clients with the very best in both service and quality. We are committed to handling International transactions within the timeframes outlined below.

    Import letter of credit applications sent via our web-based letter of credit system will be issued the same day if they are received by 12:00 p.m. ET and will be issued the next business day if received after 12:00 p.m. ET.

PNC008837

Export letters of credit can be viewed online as soon as National City receives them, thus eliminating the wait for mail or dealing with hard to read faxed copies.

All letter of credit documents will be examined within 24 hours of receipt.

Documents received by 12:00 p.m. will be processed the same day. Documents received after 12:00 p.m. will be processed the next business day.

PNC008838

**National City.**

INTERNATIONAL
SERVICES
CHINA BANKING

## INTERNATIONAL BANKING: CHINA BANKING
*Supporting your local credit needs in China*

### NAVIGATE THE COMPLEX WORLD OF CHINESE BANKING WITH A BANK YOU KNOW AND TRUST

National City has partnered with Standard Chartered Bank, the oldest foreign bank in China, to deliver the banking services you need in China. Our treasury and credit services are designed to help you manage your Chinese financing and treasury needs efficiently and effectively.

Chinese account services include check writing, deposits, incoming and outgoing payments, third party payments, and foreign exchange. National City also offers a variety of electronic banking services to support your need to access your Chinese account information.

With these services you gain access to a full-service Renmimbi or U.S. Dollar account administered through National City. The account can serve as a gateway to other treasury products or act as a standalone account to support your existing cross-border treasury management processes.

Depository account services

Short and medium-term credit facilities

Renmimbi and foreign currency

China collection, disbursement and concentration services

PNC008841