From: Cheng, Zhen Ni
Sent: 2007年7月25日 15:32
To: Chen, Evonne Yi Wen
Subject: SBLC: 00333-11-1345711-1


STANDARD CHARTERED BANK (CHINA) LTD
SHANGHAI BR,39F CHINA MERCHANTS
TOWER,161 EAST LU JIA ZUI LU,PUDONG
SHANGHAI 200120, CHINA

SWIFT: SCBLCNSXSHA
Tel : 0086 21 58871230
Fax: 0086 21 58875629

FOR BANK USE ONLY:
USER ID : TAN PHUI YEE
RM : CF

STANDARD CHARTERED BANK, GUANGZHOU
BRANCH.,3/F, MAY FLOWER, PLAZA,
NO.68 ZHONG SHAW WU RD.,
GUANGDONG PROVINCE


0269182
OLD EXIM ID: .

DATE : 24 July 2007
OUR REF : 00333-11-1345711-1
ISSUE DATE: 23Jul07

For bank use only:

KYC NOT COMPLETED
FOR LC ADVISING ONLY

L/C NUMBER

SCL013861

L/C EXPIRY DATE:

13 July 2008

L/C AMOUNT

USD        1,000,000.00

ISSUING BANK

NATIONAL CITY BANK CLEVELAND UNITED STATES OF AMERICA

APPLICANT

6

EXHIBIT C

CONS_02433

CONSORTIUM COMPANIES, INC. 1438 COX AVE.

RE: NOTIFICATION OF DOCUMENTARY CREDIT ADVICE

We enclose the authenticated swift/telex advising the issue of the above referenced Letter of Credit.

Please note that we accept no responsibility or liability for any errors, omissions or delays in the transmission of the message.
The terms of this Credit must be strictly observed. If any of the terms are not in accordance with your wishes, please take the matter up with the applicant directly without delay as we are unable to vary the terms of the Letter of Credit without receiving the authority of the issuing bank.

This is solely an advice of credit opened by above mentioned correspondent bank and conveys no engagement on our part.

All parties to this transaction are advised that there are specific sanctions imposed by U.S.and other government and / or regulatory authorities against certain countries, entities and individuals. Under these measures, banks may be unable to process a transaction that involves a breach of such sanctions, and authorities may require disclosure of information. Standard Chartered Bank (China) Limited is not liable if it, or any other person, fails or delays to perform the transaction, or discloses information as a result of actual or apparent breach of such sanctions

For L/Cs issued by swift MT700,MT710 or MT720, they are automatically subject to the 'Uniform Customs and Practice for Documentary Credit' in force unless L/Cs stipulated otherwise.

This advice is automatically generated from the computer, no signature is required.

Any queries please dial our below Customer Service Hot Line:
0086 21 68644988

----- Page Break ------Our Reference: 00333-11-1345711-1 ISS 000

Sender: NATCUS33
NATIONAL CITY BANK CLEVELAND
1900 EAST 9TH STREET
FLOOR 11
CLEVELAND,OH 44114

Message Type: MT700

27

SEQUENCE OF TOTAL

1/1

40A

FORM OF L/C (Y/N/T)

IRREVOCABLE STANDBY

20

DOCUMENT CREDIT NO

SCL013861

31C

DATE OF ISSUE

070723

40F

UCP LATEST VERSION

31D

DATE AND PLACE OF EXPIRE

080713AT OUR COUNTERS

8

50

APPLICANT

CONSORTIUM COMPANIES, INC.

1438 COX AVE.

ERLANGER, KY 41018 USA

59

BENEFICIARY

STANDARD CHARTERED BANK (CHINA)

LIMITED GUANGZHOU BRANCH, 13/F MAY

FLOWER PLAZA, NO. 68, ZHONGSHAN NO.

5 ROAD, GUANGZHOU, P.R.CHINA 510030

32B

CURRENCY CODE,AMOUNT

USD1000000,00

39A

PERCENTAGE CREDIT AMOUNT

00/00

41D

AVAILABLE WITH..BY

9

NATIONAL CITY BANK

BY PAYMENT

42C

DRAFTS AT

SIGHT

42A

DRAWEE

NATCUS33

43P

PARTIAL SHIPMENT

PARTIAL DRAWINGS PERMITTED

46A

DOCUMENTS REQUIRED

BENEFICIARY'S AUTHENTICATED SWIFT MESSAGE STATING:

''CONSORTIUM COMPANIES, INC. HAS FAILED TO REPAY THE AMOUNT OF

THE FACILITY PRINCIPAL, INTEREST, FEES, EXPENSES, COSTS AND

TAXES, IF ANY, TO STANDARD CHARTERED BANK ON EACH DUE OR PAYMENT

DATE PER THE TERMS OF THE GENERAL BANKING FACILITY MADE

CONS_02437

AVAILABLE TO CONSORTIUM COMPANIES, INC.''

47A

ADDITIONAL CONDITIONS

WE HEREBY ISSUE OUR IRREVOCABLE STANDBY LETTER OF CREDIT NO.

SCL013861 IN YOUR FAVOR BY ORDER OF CONSORTIUM COMPANIES, INC.,

1438 COX AVE., ERLANGER, KY 41018 USA, FOR THE AGGREGATE AMOUNT

NOT EXCEEDING USD1,000,000.00 (ONE MILLION U.S. DOLLARS).

THIS AMOUNT REPRESENTS THE DUE AND UNPAID AMOUNT OF THE AGGREGATE

PRINCIPAL, ACCRUED INTEREST, FEES, COSTS, EXPENSES AND TAXES, IF

ANY, OWED BY THE APPLICANT TO THE BENEFICIARY REGARDING THE

GENERAL BANKING FACILITY DENOMINATED IN ANY CURRENCY WHICH THE

BENEFICIARY HAS MADE AVAILABLE TO THE APPLICANT.

.

THIS STANDBY LETTER OF CREDIT WILL BECOME EFFECTIVE ON JULY 23,

2007 AND WILL EXPIRE AT OUR COUNTERS ON JULY 13, 2008. IT IS A

FURTHER CONDITION OF THIS LETTER OF CREDIT THAT IT WILL BE

11

CONS_02438

AUTOMATICALLY EXTENDED FOR ADDITIONAL ONE YEAR PERIODS FROM THE

PRESENT OR ANY FUTURE EXPIRATION DATE UNLESS WE NOTIFY YOU BY

AUTHENTICATED SWIFT MESSAGE AT LEAST 60 DAYS PRIOR TO THE THEN

CURRENT EXPIRATION DATE THAT WE ELECT NOT TO EXTEND THIS LETTER

OF CREDIT BEYOND THE THEN CURRENT EXPIRATION DATE. UPON RECEIPT

OF OUR AUTHENTICATED SWIFT MESSAGE ADVISING THAT THIS LETTER OF

CREDIT WILL NOT BE EXTENDED, YOU MAY DRAW ON US BY MEANS OF YOUR

AUTHENTICATED SWIFT MESSAGE STATING: ''WE HAVE BEEN ADVISED THAT

NATIONAL CITY BANK LETTER OF CREDIT NO. SCL013861 WILL NOT BE

EXTENDED BEYOND THE CURRENT EXPIRATION DATE OF (INSERT DATE). WE

HEREBY DRAW USD (INSERT AMOUNT) UNDER LETTER OF CREDIT NO.

SCL013861 BEING THE OUTSTANDING AMOUNT OF THE AGGREGATE

PRINCIPAL, ACCRUED INTEREST, FEES, COSTS, EXPENSES AND TAXES, IF

ANY, REGARDING THE GENERAL BANKING FACILITY DENOMINATED IN ANY

CONS_02439

CURRENCY WHICH WE HAVE MADE AVAILABLE TO CONSORTIUM COMPANIES,

INC.''

.

WE SHALL EFFECT PAYMENT AS PER YOUR INSTRUCTIONS UPON RECEIPT OF

THE ABOVE MENTIONED AUTHENTICATED SWIFT MESSAGE SENT TO NATCUS33.

.

WE HEREBY ENGAGE WITH DRAWERS THAT DOCUMENTS DRAWN UNDER AND IN

COMPLIANCE WITH THE TERMS OF THIS CREDIT SHALL BE DULY HONORED.

.

THIS STANDBY LETTER OF CREDIT IS SUBJECT TO THE UNIFORM CUSTOMS

AND PRACTICE FOR DOCUMENTARY CREDITS (2007 REVISION),

INTERNATIONAL CHAMBER OF COMMERCE PUBLICATION NO. 600.

71B
CHARGES

ALL CHARGES OTHER THAN THOSE OF THE
.

13

ISSUING BANK ARE FOR THE ACCOUNT

OF THE APPLICANT

49

CONFIRMATION INSTRUCTION

WITHOUT

72

SENDER TO RECEIVER INF

BENEFICIARY CONTACT:

ATTN: LUCAS DU, ASSISTANT VICE

PRESIDENT

PHONE: (86) 20 8391882

FAX: (86) 20 83339998

===== End of Message =====

Our Reference: 00333-11-1345711-1 ISS 000

STANDARD CHARTERED BANK (CHINA) LTD

SHANGHAI BR,39F CHINA MERCHANTS
TOWER,161 EAST LU JIA ZUI LU,PUDONG
SHANGHAI 200120, CHINA

渣打●行(中国)有限公司上海分行

信用●通知●用章

For Standard Chartered Bank (China) Limited

14

CONS 02441

------------------------------------
Authorized Signature

15

CONS_02442