# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
### COVINGTON DIVISION

| | | |
|---|---|---|
| **GUANGZHOU CONSORTIUM DISPLAY PRODUCT, LTD.,** *et al.* | : | **Case No. 2:11-CV-00005-DLB** |
| | : | |
| | : | **JUDGE DAVID L. BUNNING** |
| **Plaintiffs,** | : | |
| | : | **MAGISTRAGE JUDGE** |
| **vs.** | : | **J. GREGORY WEHRMAN** |
| | : | |
| **PNC BANK, NATIONAL ASSOCIATION,** *et al.* | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

---

## ORDER DENYING DEFENDANT STANDARD CHARTERED BANK (CHINA) LIMITED'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(2) AND 12(b)(6)

---

This matter is before the Court upon Defendant Standard Chartered Bank (China) Limited's Motion to Dismiss Plaintiffs' First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6) (Doc. # 57), and the Court being in all ways sufficiently advised;

IT IS HEREBY AGREED, ORDERED AND ADJUDGED AS FOLLOWS:

(1)     Defendant Standard Chartered Bank (China) Limited's Motion to Dismiss Plaintiffs' First Amended Complaint is **DENIED.**

(2)     Defendant Standard Chartered Bank (China) Limited ("SCBC") and Plaintiffs may engage in discovery on the issue of this Court's jurisdiction over SCBC. Discovery will be completed on or before _____.  Upon completion

of discovery, SCBC and Plaintiffs may file with the Court memoranda outlining their

respective positions by _____, at which time the Court will conduct

an evidentiary hearing on the issue and render its decision.

       IT IS SO ORDERED.

 

                                          _____
                                          Hon. David L. Bunning
                                          Judge, U.S. District Court
                                          Eastern District of Kentucky

**Prepared by:**

/s/ James Papakirk_____
James Papakirk
Todd J. Flagel (KBA#91116)
**FLAGEL & PAPAKIRK LLC**
50 E Business Way, Suite 410
Cincinnati, Ohio 45241
(513) 984-8111
jpapakirk@fp-legal.com
tflagel@fp-legal.com

*Co-counsel  for Guangzhou Consortium*
*Display Product Company, Ltd., and*
*Consortium Companies, Incorporated*

Copies to:

| | |
|---|---|
| Cornelius E. Coryell, II | ccoryell@wyattfirm.com |
| P. Blaine Grant | blaine@haydencraiggrant.com |
| J. Shannon Bouchillon | Shannon@haydencraiggrant.com |
| Karl Geercken | karl.geercken@alston.com |
| Matthew Decker | matt.decker@alston.com |
| Alex Hood | alex.hood@alston.com |
| Gregory McDowell | gmcdowell@assuredtitlellc.com |
| Kevin R. Feazell | krf@corsbassett.com |