**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**AT COVINGTON**

|  |  |  |
|---|---|---|
| | ) | |
| **GUANGZHOU CONSORTIUM DISPLAY** | ) | |
| **PRODUCT COMPANY, Ltd., ET AL.** | ) | |
| | ) | |
| **PLAINTIFFS** | ) | |
| | ) | CIVIL ACTION NO. 2:11-cv-00005-DLB |
| **v.** | ) | |
| | ) | |
| **PNC BANK, N.A., ET AL.** | ) | |
| | ) | |
| **DEFENDANTS** | ) | |
| | ) | |

**STIPULATION AND AGREED ORDER**
**REGARDING DISMISSAL BRIEFING**

Upon agreement of the parties and the Court being in all ways sufficiently advised;

IT IS HEREBY AGREED, ORDERED AND ADJUDGED AS FOLLOWS:

The time for Defendant Standard Chartered Bank (China) Limited (Guangzhou Branch)

to submit a Reply in Support of its Motion to Dismiss shall be extended through and including

August 31, 2012.

SO ORDERED THIS _____ DAY OF AUGUST, 2012.

_____
HON. DAVID L. BUNNING
JUDGE, U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

Have seen and agreed:


/s/ James Papakirk with permission by P. Blaine Grant
James Papakirk
Flagel & Papakirk LLC
50 E Business Way, Suite 410
Cincinnati, Ohio 45241
Tel:  513-984-8111
Fax:  513-984-8118
Email: jpapakirk@fp-legal.com
*Counsel for Plaintiffs*


/s/ P. Blaine Grant
P. Blaine Grant
J. Shannon Bouchillon
Hayden Craig & Grant, PLLC
718 West Main Street, Suite 202
Louisville, Kentucky 40202
Tel:  502-638-2836
Fax:  502-805-0705
Email:  blaine@haydencraiggrant.com
*Counsel for Defendant Standard Chartered*
*Bank (China) Limited (Guangzhou Branch)*