UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

Eastern District of Kentucky
**FILED**
AUG 24 2012
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

GUANGZHOU CONSORTIUM DISPLAY )
PRODUCT COMPANY, Ltd., ET AL. )
 )
      PLAINTIFFS )
 ) CIVIL ACTION NO. 2:11-cv-00005-DLB
v. )
 )
PNC BANK, N.A., ET AL. )
 )
      DEFENDANTS )

**STIPULATION AND AGREED ORDER**
**REGARDING DISMISSAL BRIEFING**

Upon agreement of the parties and the Court being in all ways sufficiently advised;

IT IS HEREBY AGREED, ORDERED AND ADJUDGED AS FOLLOWS:

The time for Defendant Standard Chartered Bank (China) Limited (Guangzhou Branch) to submit a Reply in Support of its Motion to Dismiss shall be extended through and including August 31, 2012.

SO ORDERED THIS 24th DAY OF AUGUST, 2012.



Signed By:
David L. Bunning
United States District Judge

HON. DAVID L. BUNNING
JUDGE, U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

Have seen and agreed:

/s/ James Papakirk with permission by P. Blaine Grant
James Papakirk
Flagel & Papakirk LLC
50 E Business Way, Suite 410
Cincinnati, Ohio 45241
Tel: 513-984-8111
Fax: 513-984-8118
Email: jpapakirk@fp-legal.com
*Counsel for Plaintiffs*

/s/ P. Blaine Grant
P. Blaine Grant
J. Shannon Bouchillon
Hayden Craig & Grant, PLLC
718 West Main Street, Suite 202
Louisville, Kentucky 40202
Tel: 502-638-2836
Fax: 502-805-0705
Email: blaine@haydencraiggrant.com
*Counsel for Defendant Standard Chartered Bank (China) Limited (Guangzhou Branch)*