UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

*Electronically Filed*

| | |
|---|---|
| GUANGZHOU CONSORTIUM ) | |
| PRODUCT COMPANY, ET AL. ) | |
| ) | |
| PLAINTIFFS ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:11-CV-00005-DLB |
| ) | |
| PNC BANK, NATIONAL ) | |
| ASSOCIATION, ET AL. ) | |
| ) | |
| DEFENDANTS ) | |

**MOTION TO STRIKE THE ERRATA SHEET OF
PLAINTIFF CONSORTIUM COMPANY, INC.**

On May 30 and 31, Defendant PNC, National Association ("PNC") took the deposition of Defendant Consortium Company, Inc. ("CCI"). Pursuant to FED. R. CIV. P. 30(b)(6), CCI designated Plaintiff Roger Schreiber as its corporate representative. Under Rule 30(e), Mr. Schreiber reviewed his deposition testimony and submitted an errata sheet to the court reporter on or about July 31 containing thirty-one "corrections" to his testimony.[1] PNC's counsel did not receive a copy of the errata sheet until August 16, 2012. Through that errata sheet, CCI seeks to materially alter significant portions of Schreiber's testimony. PNC hereby moves to strike those attempted modifications of CCI's testimony. Alternatively, in the event that testimony is not stricken, PNC asks this

---

[1] CCI obtained two extensions of time in which to complete the errata sheet. One of the reasons given for the request for extension dealt with the unavailability of one of Plaintiffs' counsel.

Court for leave to reconvene the deposition and examine CCI (at CCI's expense) on the substance of the changed testimony and reasons for the changes.

A memorandum in support and two proposed orders accompany this motion.

Respectfully submitted,

/s/ Cornelius E. Coryell, II
Cornelius E. Coryell, II
ccoryell@wyattfirm.com
Rania M. Basha
rbasha@wyattfirm.com
WYATT, TARRANT & COMBS, LLP
2500 PNC Plaza
Louisville, Kentucky 40202
502.589.5235

*Counsel for Defendant PNC, National Association*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 27, 2012, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Gregory W. McDowell
GREGORY W. MCDOWELL, P.S.C.
7415 Burlington Pike, Suite B
Florence, KY 41042

*Co-counsel for Guangzhou Consortium Display Product Company, Ltd. and Consortium Companies, Incorporated*

*Attorney for Steven M. Oberst, Lynda S. Oberst, Clinton S. Oberst, and Susan J. Oberst*

Todd J. Flagel
James Papakirk
FLAGEL & PAPAKIRK LLC
50 E Business Way, Suite 410
Cincinnati, OH 45241

*Co-Counsel for Guangzhou Consortium Display Product Company, Ltd. and Consortium Companies, Incorporated*

Matthew Decker
Karl Geercken
Alex Hood
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016

P. Blaine Grant
John Shannon Bouchillon
HAYDEN CRAIG & GRANT PLLC
718 West Main Street, Suite 202
Louisville, KY 40202

*Attorneys for Standard Charter Bank (China) Limited*

Kevin R. Feazell
CORS & BASSETT
537 East Pete Rose Way, Suite 400
Cincinnati, OH 45202-3502

*Attorney for Roger C. Schreiber*

                                    /s/ Cornelius E. Coryell, II

60236178.1