# EXHIBIT 2

CIN-TEL CORPORATION

PH. 513-621-7723  FX. 513-621-6558

Page 328

1  A C K N O W L E D G E M E N T

2

3  STATE OF OHIO       :

4  COUNTY OF HAMILTON :

5

6  I, Roger Schreiber, have read the transcript of

7  my testimony given under oath on May 30, 2012.

8  Having had the opportunity to note any

9  necessary corrections of my testimony on the errata

10  page, I hereby certify that the above-mentioned

11  transcript is a true and complete record of my

12  testimony.

13

14

15           _____

16                ROGER SCHREIBER

17

18

19

20

21

22

23

24

CORRECTIONS TO TRANSCRIPT

**CIN-TEL CORPORATION**
813 Broadway, Suite 200
Cincinnati, Ohio 45202
(513) 621-7723

CASE NUMBER: 2:11-CV-00005-DLB

Case Caption: Guangzhou Consortium Product Company, et al. vs. PNC Bank, National Association et. al.

Deponent: Roger Schreiber         Date: 7/31/2012

Page# Line#:

_____ _____ See Attached Corrections _____

# ERRATA SHEET

**TO THE REPORTER:** *I have read the entire transcript of my deposition taken on the 30th day of May, 2012, or the same has been read to me. I request that the following changes be entered upon the record for the reasons indicated. I have signed my name to the signature page and authorize you to attach the following changes to the original transcript:*

Pg 21
L 23
Delete: "yes."
Substitute: "The accountant drafted the initial CCA as a potential solution to the pending problems, as clarified by the email history."

This change clarifies my answer that the accountant drafted the initial CCA.


Pg 22
L 6
Delete: "I would say yes, I—that's my understanding."
Substitute: "The accountant drafted the initial CCA as a potential solution to the pending problems".

This change clarifies my answer that the accountant drafted the initial CCA.


Pg 22
L 10
Delete: "Ok. Yes."
Substitute: "No, the accountant drafted the initial CCA proposal".

This change clarifies my answer that the accountant drafted the initial CCA.


Pg 24
L 2:
Delete: "That is correct."
Substitute: "The accountant drafted the initial CCA as a potential solution to the pending problems".

This change clarifies my answer that the accountant drafted the initial CCA.

Pg 54
L 15
After "obligation in" add the following: "China would be satisfied and the Standby Letter of Credit would no longer be applicable."

This change clarifies the answer regarding a viable option presented to PNC to eliminate duplicate obligations.


Pg55
L 6
Delete: "letter"
Substitute: "agreement"

This clarifies that it was an agreement signed by the bank, not a letter.


Pg 58
L 4
Deleted: "letter of intent"
Substitute: "Letter of Credit"

This clarifies that it was a Letter of Credit that was to pay off the loan, not a letter of Intent.


Pg 60
L7
Delete: "as they were one in the same."
Substitute: "as if they were one in the same".

This corrects the typographical error and clarifies the intent of the sentence.


P70
L13
Delete: "Joyce, in cooperation with the accountant, but it was the accountant's, I think, original idea that said this could be a workable option."
Substitute: " Joyce translated the draft prepared by the Chinese accountant."

This change clarifies that the Chinese accountant drafted the original CCA.

Pg 137
L 19
Delete: "It certainly appears to be".
Substitute: "It appears to be a photo copy of his signature."

This change clarifies my answer.


Pg 139
L 4
Add: "cut and paste a workable document together so the parties would understand what was needed and thereafter obtain original signatures with a "chop" or "seal". Photocopied signatures, like this, are never allowed in formal documents in China."

This change clarifies my understanding of the signatures in the document in Exhibit 16.


Pg 141
L 17
Add: "however, knowing that in China photocopied signatures are never allowed in formal documents, and that original signatures with a "chop" or "seal" are required, I would have believed it was a working document, not a final document.

This change clarifies my answer.


Pg 142
L 17
Add: "because this document was a working copy and was not intended to be a final document."

This change clarifies my answer.


Pg 144
L 12
Deleted: "transferred it"
Substitute: "sent the copy"

This change clarifies my answer.

Pg 144
L18
Add: "But everyone involved would know that photocopied signatures are not usable and that this was a working copy."

This change clarifies my answer.

P152
L 2
Add: "because National City continually pushed for us to work with Standard Chartered Bank as it was their Gateway Partner."

This change clarifies my answer.

Pg 152
L 6
Add: "because National City continually pushed for us to work with Standard Chartered Bank as it was their Gateway Partner."

This change clarifies my answer.

Pg 154
L 23
Delete: "it off in the event of call".
Substitute: "off the line of credit in the event of call."

This change clarifies my answer.

Pg 155
L 7
Add: "to be able to pay the Line of Credit off".

This change clarifies my answer.

Pg 173
L 19
Delete: "LOC"
Substitute: "Line of Credit"

This change clarifies my answer.


Pg 181
L12
Delete: "Did not."
Substitute: "Not directly".

This change clarifies my answer.


Pg 231
L 7
Delete: "SC".
Substitute: "LC".

This change corrects a typographical error and clarifies my answer.


Pg 231
L 11
Change "was" to "were"

This change corrects a typographical error and clarifies my answer.


Pg 236
L 4
Add: "because all three parties would have to confirm and sign any amendment to the LC."

This change clarifies my answer.

Pg 247
L 1
Change "check" to "payment"

This change clarifies my answer.

Pg 266
L 14
Add: "it was PNC's failure to act as agreed in the signed CCA that prompted our failure in China to comply with this requirement."

This change clarifies my answer.

Pg 277
L 17
Add "in the signed CCA".

This change clarifies my answer.

Pg 297
L 11
Add: "however, based on earlier documentation we know that the original draft of the CCA came from the China accountant."

This change clarifies my answer.

Pg 303
L 4
Add: "because it was the known obligation CCI would have following either PNC's payment on the LC or other mechanism to satisfy the LOC obligation in China."

This change clarifies my answer.

Pg 310
L2
Delete: "that was—would be needed in order to do this."
Substitute: "the authorization from the shareholder on the account, which is required for a bank to send funds directly."

This change clarifies my answer.

Pg 326
L10
Delete: "if"
Substitute: "it"

This change corrects a typographical error and clarifies my answer.

_____7/31/2012_____  _____Roger Schueler_____
DATE                     SIGNATURE OF DEPONENT