UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

*Electronically Filed*

| | |
|---|---|
| GUANGZHOU CONSORTIUM PRODUCT COMPANY, ET AL. )<br>)<br>) | |
| PLAINTIFFS ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:11-CV-00005-DLB |
| ) | |
| PNC BANK, NATIONAL ASSOCIATION, ET AL. )<br>)<br>) | |
| DEFENDANTS ) | |

## ORDER

Defendant PNC, National Association having moved to strike the July 31, 2012 errata sheet of Plaintiff Consortium Company, Inc.'s ("CCI") corporate representative, Roger Schreiber, CCI having had an opportunity to respond and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that PNC' motion to strike be, and it is hereby, GRANTED.

60237309.1