UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

*Electronically Filed*

| | |
|---|---|
| GUANGZHOU CONSORTIUM PRODUCT COMPANY, ET AL. | ) ) ) |
| PLAINTIFFS | ) ) |
| v. | ) CIVIL ACTION NO. 2:11-CV-00005-DLB ) |
| PNC BANK, NATIONAL ASSOCIATION, ET AL. | ) ) ) |
| DEFENDANTS | ) |

### ORDER

Defendant PNC, National Association having moved to strike the July 31, 2012 errata sheet of Plaintiff Consortium Company, Inc.'s ("CCI") corporate representative, Roger Schreiber, CCI having had an opportunity to respond and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that PNC' motion to strike be, and it is hereby, DENIED.  IT IS FURTHER ORDERED AND ADJUDGED that CCI's corporate representative shall submit to additional deposition examination by PNC on the reasons for the corrections it has made in its errata sheet.  Moreover, CCI shall bear all costs and expenses associated with the reopening of the deposition for the purpose set forth in this Order.

60237309.2