**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCY
COVINGTON DIVISION**

| | | |
|---|---|---|
| **GUANGZHOU CONSORTIUM DISPLAY PRODUCT, LTD,** *ET AL.* | : : : | Case No.  2:11-CV-00005 |
| | : | Judge David L. Bunning |
| Plaintiffs, | : : | Magistrate Greg Wehrman |
| v. | : : | |
| **PNC BANK, N.A.,** *ET AL.* | : : | **NOTICE OF PLAINTIFF ROGER C. SCHREIBER JOINING IN** |
| Defendants. | : : : : : : : : : | **PLAINTIFFS' MEMORANDUM IN OPPOSITION TO STANDARD CHARTER BANK (CHINA) LIMITED'S MOTION TO DISMISS AND REQUEST FOR EVIDENTIARY HEARING ON ISSUE OF PERSONAL <u>JURISDICTION</u>** |

On August 9, 2012, Plaintiffs filed their Memorandum in Opposition to Standard Charter Bank (China) Limited's Motion to Dismiss and Request for Evidentiary Hearing on Issue of Personal Jurisdiction ("the Response", Doc. # 68).  Because trial counsel for Plaintiff Roger Schreiber was travelling in connection with another matter, was unable to review and join in or authorize the inclusion of his signature at the time of filing.  Even though the Response was filed on behalf of all plaintiffs, in an abundance of caution, Plaintiff Roger C. Schreiber is filing this notice to make it clear that he joins in the Response in all respects and to the full extent as if his trial counsel's signature was indicated thereon.

Respectfully submitted:

/s/ Kevin Ray Feazell
Kevin Ray Feazell (#84678)
537 East Pete Rose Way, Suite 400
Cincinnati, OH  45202-3578
513-852-8200 phone
513-852-8222 fax
krf@corsbassett.com

Trial Attorney for Plaintiff
Roger C. Schreiber.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Substitution of Counsel was electronically filed with the Clerk using the CM/ECF system this 28th day of August 2012, which will serve the following:

Todd J. Flagel, Esq. tflagel@fp-legal.com
Byron E. Leet, Esq.  bleet@wyattfirm.com
Christopher Tyson Gorman, Esq.  tgorman@wyattfirm.com
Cornelius E. Coryell, II, Esq.  ccoryell@wyattfirm.com
Rania Marie Basha, Esq. rbasha@wyattfirm.com
Gregory W. McDowell, Esq. gmcdowell@assuredtitlellc.com
John Shannon Bouchillon, Esq. Shannon@haydencraiggrant.com
P. Blaine Grant, Esq. blaine@haydencraiggrant.com
Matthew Decker, Esq. matt.decker@alston.com
Alex Hood, Esq. alex.hood@alston.com
Karl Geerken, Esq. karl.geerken@alston.com

/s/ Kevin Ray Feazell
Kevin Ray Feazell