UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON
CIVIL ACTION NO. 11-5-DLB-JGW

GUANGZHOU CONSORTIUM DISPLAY PRODUCT
COMPANY, LTD., et al.                                                                    PLAINTIFFS

V.

PNC BANK, NATIONAL ASSOCIATION, et al.                                DEFENDANTS

**ORDER**

On July 20, 2012, the Clerk of Court issued notices to Attorneys Karl Geercken, Matthew Decker and Alex Hood that court records fail to show that any of them had been granted admission to practice in this court. Docs. 60, 61, 62. The Clerk of Court directed the three attorneys to either complete an application for admission to practice in this Court or to file a motion to proceed *pro hac vice* within 30 days.

The allotted time period having expired and no application for admission or motion to practice *pro hac vice* having been received from Geercken, Decker or Hood, **IT IS ORDERED:**

1. Attorneys Karl Geercken, Matthew Decker and Alex Hood shall each **show cause** for his failure to move for either admission to practice in this court or to practice *pro hac vice* in this case, by **September 12, 2012**; and

2. In lieu of showing cause, any of the three attorneys may file an appropriate application for admission or motion for leave to practice *pro hac vice* in this case, together with any requisite fees; and

3. Because defendant Standard Charter Bank (China) Limited is also represented by properly admitted counsel, if no application or motion is received by Geercken, Decker and/or Hood by September 12, 2012, the Clerk of Court is directed to strike Geercken, Decker and/or Hood as counsel of record without further order of the Court.

This the 28th day of August, 2012.

Signed By:
J. Gregory Wehrman
United States Magistrate Judge