**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**AT COVINGTON**
**CIVIL ACTION NO. 11-5-DLB-JGW**

**GUANGZHOU CONSORTIUM DISPLAY PRODUCT**
**COMPANY, LTD., et al.**                                               **PLAINTIFFS**

**V.**

**PNC BANK, NATIONAL ASSOCIATION, et al.**                    **DEFENDANTS**

**ORDER**

On August 29, 2012 the Court issued an order requiring Attorneys Karl Geercken,

Matthew Decker and Alex Hood to either show cause for their failure to move for admission to

practice in this court or to file motions to appear *pro hac vice* in this action.  Doc. 74.  On August

30, 2012 all three attorneys filed motions to be permitted to practice *pro hac vice*.  Docs. 75, 76,

77.  As the motions satisfy the requirements of LR 83.2, they will be granted.

Accordingly, **IT IS ORDERED:**

The motions to appear *pro hac vice* on behalf of defendant Standard Charter Bank

(China) Limited by Attorneys Karl Geercken [Doc. 77], Matthew Decker [Doc. 75] and Alex

Hood [Doc. 76] are each **granted**.

This the 31st day of August, 2012.

Signed By:
J. Gregory Wehrman
United States Magistrate Judge