UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION (COVINGTON)

| | |
|---|---|
| GUANGZHOU CONSORTIUM DISPLAY PRODUCT, LTD., *et al.* | CASE NO. 2:11-CV-00005 |
| Plaintiffs, | JUDGE DAVID L. BUNNING<br>MAGISTRATE GREG WEHRMAN |
| vs. | |
| PNC BANK, N.A., *et al.* | |
| Defendants. | |

## NOTICE TO TAKE DEPOSITION

PLEASE TAKE NOTICE that, on September 12, 2012 at 9:00 a.m., Plaintiffs Guangzhou Consortium Display Product Ltd. and Consortium Companies, Inc., by and through counsel, will take the deposition of the Defendant, Thomas Dodd, in the offices of Graydon Head, 1900 Fifth Third Center, 511 Walnut Street, Cincinnati, Ohio 45202. The deposition will be taken pursuant to the Federal Rules of Civil Procedure and will be used for all purposes allowed by the Federal Rules of Evidence. The deposition will continue from day to day until completed. You are invited to attend and to cross-examine.

        Respectfully submitted,

**FLAGEL & PAPAKIRK LLC**

/s/ Todd J. Flagel
Todd J. Flagel (KBA 91116)
James Papakirk
50 E Business Way, Suite 410
Cincinnati, Ohio 45241
(513) 984-8111
tflagel@fp-legal.com
jpapakirk@fp-legal.com

*Co-counsel for Guangzhou Consortium Display Product Company, Ltd., and Consortium Companies, Incorporated*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed with the Clerk using the CM/ECF system this 31st day of August, 2012, which will serve the following:

| | |
|---|---|
| Cornelius E. Coryell, II | ccoryell@wyattfirm.com |
| Kevin Ray Feazell | krf@corsbassett.com |
| Gregory W. McDowell | gmcdowell@assuredtitle.com |

        /s/ Todd J. Flagel
        Todd J. Flagel (KBA 91116)