**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**(AT COVINGTON)**

| | |
|---|---|
| **GUANGZHOU CONSORTIUM**<br>**DISPLAY PRODUCT COMPANY**<br>**LTD.**, *et al.* | **CASE NO: 2:11-CV-00005** |
| **PLAINTIFFS,** | **JUDGE DAVID L. BUNNING** |
| **v.** | **MAGISTRATE GREG WEHRMAN** |
| **PNC BANK, N.A.,** *et al.* | |
| **DEFENDANTS.** | |

**SECOND AMENDED NOTICE OF DEPOSITION OF JOHN WUEST**

PLEASE TAKE NOTICE that, on September 20, 2012 at 9:00 a.m., Plaintiffs Guangzhou Consortium Display Product Company, Ltd. and Consortium Companies, Incorporated, by and through counsel, shall take the deposition of John Wuest, for the purposes of discovery, at the office of Graydon Head, 1900 Fifth Third Center, 511 Walnut Street, Cincinnati, Ohio 45202. The deposition will be taken pursuant to the Federal Rules of Civil Procedure and will be used for all purposes allowed by the Federal Rules of Evidence. The deposition will continue from day to day until completed. You are invited to attend and to cross-examine.

Respectfully submitted,

**FLAGEL & PAPAKIRK LLC**

/s/ Todd J. Flagel
Todd J. Flagel (KBA 91116)
James Papakirk (*pro hac vice*)
50 E Business Way, Suite 410
Cincinnati, Ohio 45241
(513) 984-8111
jpapakirk@fp-legal.com
*Co-counsel for Guangzhou*
*Consortium Display Product Company,*
*Ltd., and Consortium Companies,*
*Incorporated*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed with the Clerk using the CM/ECF system this 14th day of September, 2012, which will serve the following:

| | |
|---|---|
| Cornelius E. Coryell, II | ccoryell@wyattfirm.com |
| Christopher Tyson Gorman | tgorman@wyattfirm.com |
| Rania Marie Basha | rbasha@wyattfirm.com |
| Byron E. Leet | bleet@wyattfirm.com |
| Kevin Ray Feazell | krf@corsbassett.com |
| Gregory W. McDowell | gmcdowell@assuredtitle.com |
| John Shannon Bouchillon | Shannon@haydencraiggrant.com |
| P. Blaine Grant | blaine@haydencraiggrant.com |

A copy of the foregoing was sent via U.S. Regular Mail to the following on 14th September, 2012:

Matthew Decker
Kal Geercken
Alex Hood
Alston & Bird LLP
90 Park Avenue
New York, NY 10016

/s/ Todd J. Flagel
Todd J. Flagel (KBA 91116)

2