| | |
|---|---|
| From: | Roger C. Schreiber |
| Sent: | Monday, June 14, 2010 10:31 AM |
| To: | Steven M. Oberst; Clint Oberst |
| Subject: | FW: China LC |
| Attachments: | 出资委托书Capital contribution Authorization rev 2.docx |

Talked with Tom Dodd. He said he would like to cooperate and do whatever he can, but knows that the CCI account alternative outlined in 2a would be impossible. Reason: for X hrs or days the bank would be double exposed. This would require an increase in credit exposure request.

He felt 2b would be much easier. He needs to get approval and legal review to even do this, but he doesn't see any problem in getting it done. Should get back by noon today.

Roger Schreiber

Consortium Companies, Inc.

W:   859-647-9910

F:    859-647-7140

M:   859-468-5468

www.consortium-companies.com

Think before you print. Please think before you print.

From: Roger C. Schreiber
Sent: Monday, June 14, 2010 9:33 AM
To: thomas.dodd@pnc.com
Subject: China LC

Tom,

Got your note. Wanted to get this preview to you for initial conversations via the phone.

There are two things we are working to assure:

1.      That the funds sent from PNC when the LC is exercised are sent



CONS_01414

in compliance with China rules to assure proper conversion to Chinese Yuan and then can properly credit/offset the LOC debt of our China Company. I have forwarded PNC Cleveland draft language for the authenticated SWIFT message to be sent from SCB to the PNC Global LC group in Cleveland. Based on my phone conversation with them I do not expect them to have any issue with the remit instructions. I am awaiting a more formal approval from them.

2. (Where I need your cooperation) We are working to have the $1.6 million go to China and be able to meet Chinese regulatory requirements as a "capital infusion". All China arrangements have been made to accomplish this on our end. To have the $1.6 M infused as capital to then repay the debt is significantly different for the ongoing capital structure and success of our China operation. In order for it to be verified in China as a capital infusion, funds must come from CCI or, at a min, be verified as specifically authorized by CCI. To accomplish this, we need to either:

a. An alternative to LC exercise:

i. CCI US open a secured account with PNC;

ii. PNC funds $1.6M into CCI US account

iii. CCI remits funds to SCB China to payoff LOC, negating the $1.6M LC exercise.

b. A (letter) signed by you or someone at the bank stating the funds, exercised by the LC transaction, were sent under the direction of CCI. I have attached a short draft of this.

If we don't follow precise instructions for #1, there is a risk that the LC payoff will not be able to be converted to Yuan and will sit in "limbo" as disposition is worked out. That would put us at risk of double loan exposure on the $1.6M which we couldn't afford.

The cooperation requested with #2, from our perspective, ar relatively minor items that could go a long way to supporting the ongoing business in China and our ability to support the new term loan structure.
Although our preference would be to do this via alternative 2a, 2b may be an administratively easier process for you.

Our expectation is that SCB will exercise the LC later this week if we do not have specific alternatives in place. At that point the only alternative would be for #2b.

Roger Schreiber, CFO

Consortium Companies, Inc.

W:  859-647-9910

F:  859-647-7140

M:  859-468-5468

www.consortium-companies.com

Think before you print. Please think before you print.

CONS_01416



CONS_01417

出资委托书

## Capital contribution Authorization

本人 Consortium Companies, Inc. 委托 PNC Bank, National Association 向 广州智巧展示制品 有限公司投入资金 美元 币 壹佰陆拾万 元。

It is agreed that Consortium Companies, Inc. hereby authorizes PNC Bank, National Association to wire capital funds of USD 1,600,000 to Guangzhou Consortium Display Product Company Ltd.

委托方 Signature & seal of the Authorizer :

Consortium Companies, Inc.

日期 Date : 2010 年 6 月 16 日

出资受托书

## Entrusted Capital contribution

本人 PNC Bank, National Association 应 Consortium Companies, Inc. 的委托，于 2010 年 06 月 16 日向 广州智巧展示制品 有限公司投入注册资金 美元 币 壹佰陆拾万 元。

It is hereby acknowledged that under the authorization of Consortium Companies, Inc. and the credit facility previously established for Consortium Companies, Inc., PNC Bank, National Association is wiring capital funds on behalf of Consortium Companies, Inc. of USD 1,600,000 to Guangzhou Consortium Display Product Company Ltd. on June 16, 2010.

受托方 Signature & seal of the Assignee :

PNC Bank, National Association

日期 Date : 2010 年 6 月 16 日