UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| **GUANGZHOU CONSORTIUM PRODUCT COMPANY,** *et al.* | : | Case No. 2:11-CV-00005-DLB |
| | : | |
| | : | JUDGE DAVID L. BUNNING |
| **Plaintiffs,** | : | |
| | : | MAGISTRAGE JUDGE J. |
| vs. | : | GREGORY WEHRMAN |
| | : | |
| **PNC BANK, NATIONAL ASSOCIATION,** *et al.* | : | |
| | : | |
| **Defendants.** | : | |

NOTICE OF APPEARANCE OF ALLISON BISIG OSWALL AS CO-COUNSEL FOR PLAINTIFF GUANGZHOU CONSORTIUM DISPLAY PRODUCT COMPANY, LTD. AND CONSORTIUM COMPANIES, INCORPORATED

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure, LR 5.6 and LR 83.5, Allison Bisig Oswall of Flagel & Papakirk LLC, as co-counsel for Plaintiffs Guangzhou Consortium Display Product Company, Ltd. and Consortium Companies, Incorporated, hereby enters her appearance in this proceeding and requests that all future pleadings, court orders and other matters pertaining to this case be served upon her at the following address:

Allison Bisig Oswall (KBA 94641)
Flagel & Papakirk LLC
50 E-Business Way, Ste. 410
Cincinnati, Ohio 45241
Telephone: (513) 984-8111
Fax: (513) 984-8118
E-mail: aoswall@fp-legal.com

Respectfully submitted,

**FLAGEL & PAPAKIRK LLC**

/s/ Allison Bisig Oswall
Todd J. Flagel (KBA 94641)
50 E-Business Way, Ste. 410
Cincinnati, Ohio 45241
(513) 984-8111 telephone
(513) 984-8118 facsimile
E-mail: aoswall@fp-legal.com

*Co-Counsel for Plaintiffs Guangzhou Consortium Display Product Company, Ltd. and Consortium Companies, Incorporated*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed with the Clerk using the CM/ECF system this 8th day of November, 2012, which will serve the following:

| | |
|---|---|
| Cornelius E. Coryell, II | ccoryell@wyattfirm.com |
| Christopher Tyson Gorman | tgorman@wyattfirm.com |
| Rania Marie Basha | rbasha@wyattfirm.com |
| Byron E. Leet | bleet@wyattfirm.com |
| Kevin Ray Feazell | krf@corsbassett.com |
| Gregory W. McDowell | gmcdowell@assuredtitle.com |
| John Shannon Bouchillon | Shannon@haydencraiggrant.com |
| P. Blaine Grant | blaine@haydencraiggrant.com |
| Matthew Decker | matt.decker@alston.com |
| Kal Geercken | karl.geercken@alston.com |
| Alex Hood | alex.hood@alston.com |

/s/ Allison Bisig Oswall
Allison Bisig Oswall (KBA 94641)

2