UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
(AT COVINGTON)

| | |
|---|---|
| **GUANGZHOU CONSORTIUM DISPLAY PRODUCT COMPANY LTD.**, *et al.* | **CASE NO: 2:11-CV-00005** |
| **PLAINTIFFS**, | **JUDGE DAVID L. BUNNING** |
| v. | **MAGISTRATE GREG WEHRMAN** |
| **PNC BANK, N.A.**, *et al.* | |
| **DEFENDANTS.** | |

NOTICE OF DEPOSITION OF SANTOSH PODAR

PLEASE TAKE NOTICE that, on November 27, 2012 at 10:00 a.m., Plaintiffs Guangzhou Consortium Display Product Company, Ltd. and Consortium Companies, Incorporated, by and through counsel, shall take the deposition of Santosh Podar, for the purposes of discovery, at the office of Stark & Knoll, 3475 Ridgewood Road, Akron, Ohio 44333.  The deposition will be taken pursuant to the Federal Rules of Civil Procedure by stenographic means and will be used for all purposes allowed by the Federal Rules of Evidence.  The deposition will continue from day to day until completed.  You are invited to attend and to cross-examine.

Respectfully submitted,

**FLAGEL & PAPAKIRK LLC**

/s/ Allison Bisig Oswall
Todd J. Flagel (KBA 91116)
James Papakirk (*pro hac vice*)
Allison Bisig Oswall (KBA 94641)
50 E Business Way, Suite 410
Cincinnati, Ohio 45241
(513) 984-8111
aoswall@fp-legal.com
*Co-counsel for Guangzhou
Consortium Display Product Company,
Ltd., and Consortium Companies,
Incorporated*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed with the Clerk using the CM/ECF system this 8th day of November, 2012, which will serve the following:

| | |
|---|---|
| Cornelius E. Coryell, II | ccoryell@wyattfirm.com |
| Christopher Tyson Gorman | tgorman@wyattfirm.com |
| Rania Marie Basha | rbasha@wyattfirm.com |
| Byron E. Leet | bleet@wyattfirm.com |
| Kevin Ray Feazell | krf@corsbassett.com |
| Gregory W. McDowell | gmcdowell@assuredtitle.com |
| John Shannon Bouchillon | Shannon@haydencraiggrant.com |
| P. Blaine Grant | blaine@haydencraiggrant.com |

A copy of the foregoing was sent via U.S. Regular Mail to the following on 8th day of November, 2012:

Matthew Decker
Kal Geercken
Alex Hood
Alston & Bird LLP
90 Park Avenue
New York, NY 10016

/s/ Allison Bisig Oswall
Allison Bisig Oswall (KBA 94641)

2