UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON
CIVIL ACTION NO. 11-5-DLB-JGW

GUANGZHOU CONSORTIUM DISPLAY PRODUCT CO., LTD., et al.   PLAINTIFFS

V.

PNC BANK, et al.                                                                                      DEFENDANTS

### ORDER

On October 22, 2012 defendant PNC Bank filed a motion to strike the errata sheet of plaintiff Roger Schreiber. Doc. 90. On November 8, 2012, PNC Bank filed a stipulation asking the Court to withdraw the motion to strike because Schreiber has "redacted his errata sheet from his deposition transcript." Doc. 93.

Accordingly, it is **ORDERED:**

The motion to strike [Doc. 90] having been voluntarily withdrawn, it is **denied as moot**.

This the 9th day of November, 2012.

Signed By:
J. Gregory Wehrman
United States Magistrate Judge

1