UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON
CIVIL ACTION NO. 11-5-DLB-JGW

GUANGZHOU CONSORTIUM DISPLAY PRODUCT CO., LTD., et al.   PLAINTIFFS

V.

PNC BANK, et al.                                                                                         DEFENDANTS

ORDER

Pending is a motion for extension of time to review a transcript of a deposition by defendant PNC Bank, National Association ("PNC"). Doc. 95. PNC requests an additional week for its employee, Thomas Dodd, to review a transcript of his 427-page deposition.

Fed.R.Civ.P. 30(e) provides that on request a deponent is allowed 30 days to review a deposition transcript "after being notified by the officer that the transcript or recording is available . . . ." PNC asserts that Dodd received the transcript on November 7, 2012, meaning that his deadline currently expires on December 7, 2012. PNC asserts that Dodd needs an extension of time because portions of the thirty day review period allowed by Rule 30(e) will be (or already have been) consumed by a previously-scheduled vacation, a week-long work trip and the Thanksgiving holiday. Given the brief nature of the requested extension and the lack of prejudice granting the extension would cause other parties, the motion for extension of time will be granted without the necessity of responses being filed.

Accordingly, it is **ORDERED:**

The motion for extension of time [Doc. 95] is **granted** and Thomas Dodd shall have until December 14, 2012 to review his deposition transcript and, if necessary, provide an errata sheet.

This the 28th day of November, 2012.

1


Signed By:
**J. Gregory Wehrman**
United States Magistrate Judge