**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCY**
**CLERK'S OFFICE**

IN RE:    **MANDATORY ELECTRONIC CASE FILING AND NOTICING**

**THIS NOTICE REQUIRES IMMEDIATE ACTION**

**NOTICE**

Pursuant to the attached Notice of Electronic Filing, you are hereby placed on notice that you are in direct violation of the court's General Orders regarding Mandatory ECF.

All documents filed in the official electronic record[1] shall be filed electronically using the ECF system unless otherwise exempt pursuant to the Administrative Policies and Procedures governing ECF, the Joint Local Rules and/or court orders.

Compliance with the court's General Orders require attorneys in pending cases to register as an ECF Filing User and consent to electronic service of all documents through the court's transmission facilities in accordance with the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure and the Joint Local Rules of this Court.

If you are not a Filing User for the court's electronic case filing system and you currently have a pending case before the court, please go the court's website at www.kyed.uscourts.gov for information on registering as an ECF filing user and/or registration for training by court personnel.  For additional assistance contact the Help Desk at 1-866-485-6349. In order to continue the effective administration of the court's business, you are required to register as an ECF Filing User.

**Failure to comply with the General Orders of the court re: Mandatory ECF may result in sanctions being imposed by the Court. Your compliance and your cooperation will be appreciated**.

    s/ Robert R. Carr
ROBERT R. CARR, CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

---

[1] Cases filed prior to March 17, 2003 in the Eastern District of Kentucky shall remain paper cases.