UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| **GUANGZHOU CONSORTIUM DISPLAY PRODUCT COMPANY,** *et al.* | : : : | Case No. 2:11-CV-00005-DLB |
| | : | JUDGE DAVID L. BUNNING |
| *Plaintiffs,* | : : : | MAGISTRAGE JUDGE J. GREGORY WEHRMAN |
| vs. | : : | |
| **PNC BANK, NATIONAL ASSOCIATION,** *et al.* | : : : | |
| *Defendants.* | : | |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS AND PNC BANK, NA TO DISCLOSE EXPERT WITNESSES AND FURNISH REPORTS PURSUANT TO FED. R. CIV. P. 26(a)(2)**

Plaintiffs Guangzhou Consortium Display Product Company, Ltd. and Consortium Companies, Inc. ("Plaintiffs"), by and through undersigned counsel, respectfully move this Court for an Order extending, by thirty (30) days, the current deadlines for Plaintiffs and Defendant PNC Bank, NA to disclose any expert witnesses and furnish any expert reports. PNC does not oppose this Motion. The grounds for this Motion are set forth in the attached Memorandum and a proposed Order will be furnished to the Court.

Respectfully submitted,

**FLAGEL & PAPAKIRK LLC**

/s/ Allison Bisig Oswall
Todd J. Flagel (KBA 91116)
James Papakirk (*pro hac vice*)
Allison Bisig Oswall (KBA 94641)
50 E Business Way, Suite 410
Cincinnati, Ohio 45241
(513) 984-8111
jpapakirk@fp-legal.com

*Co-counsel for Guangzhou Consortium Display Product Company, Ltd., and Consortium Companies, Incorporated*

**GREGORY W. McDOWELL, P.S.C.**

/s/Gregory W. McDowell
Gregory W. McDowell (KBA #83227)
7415 Burlington Pike, Suite B
Florence, KY 41042
859- 371-7774
gmcdowell@assuredtitle.com

*Co-Counsel for Guangzhou Consortium Display Product Company, Ltd., and Consortium Companies, Incorporated*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed with the Clerk using the CM/ECF system this 30th day of November, 2012, which will serve the following:

| | |
|---|---|
| Cornelius E. Coryell, II | ccoryell@wyattfirm.com |
| Christopher Tyson Gorman | tgorman@wyattfirm.com |
| Rania Marie Basha | rbasha@wyattfirm.com |
| Byron E. Leet | bleet@wyattfirm.com |
| Kevin Ray Feazell | krf@corsbassett.com |
| Gregory W. McDowell | gmcdowell@assuredtitle.com |

- 3 -

| | |
|---|---|
| John Shannon Bouchillon | Shannon@haydencraiggrant.com |
| P. Blaine Grant | blaine@haydencraiggrant.com |

A copy of the foregoing was sent via U.S. Regular Mail to the following on 30th day of November, 2012:

Matthew Decker
Kal Geercken
Alex Hood
Alston & Bird LLP
90 Park Avenue
New York, NY 10016

                                          /s/ Allison Bisig Oswall
                                          Allison Bisig Oswall (KBA 94641)