UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| GUANGZHOU CONSORTIUM DISPLAY PRODUCT COMPANY, *et al.* | : Case No. 2:11-CV-00005-DLB : : JUDGE DAVID L. BUNNING : |
| *Plaintiffs*, | : MAGISTRAGE JUDGE J. : GREGORY WEHRMAN |
| vs. | : : |
| PNC BANK, NATIONAL ASSOCIATION, *et al.* | : : : |
| *Defendants*. | : |

**MEMORANDUM IN SUPPORT TO PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME FOR THE PARTIES TO DISCLOSE EXPERT WITNESSES AND FURNISH REPORTS PURSUANT TO FED. R. CIV. P. 26(a)(2)**

On November 29, 2011, this Court issued a Scheduling Order establishing, among other things, deadlines for the disclosure of expert witnesses and furnishing reports (Doc. No. 42). Under the current order, Plaintiffs have until November 30, 2012 to disclose any expert witnesses and furnish reports; Defendants have until January 15, 2013 to disclose any expert witnesses and furnish reports.

Plaintiffs and Defendant PNC Bank, National Association ("PNC") have actively engaged and cooperated in discovery. Most recently, on November 27, 2012, Plaintiffs took the deposition of Santosh Podar, a former employee of PNC.

Plaintiffs have ordered the deposition transcript of Mr. Podar for consideration as part of its expert disclosure. An additional thirty (30) days will permit Mr. Podar's testimony and other information to be considered as part of any expert disclosure and report.

Through counsel, Plaintiffs have contacted counsel for PNC. Counsel for PNC does not oppose this Motion. Further, there have been no previous requests to extend expert disclose deadlines. Plaintiffs submit that an extension of the current expert witness deadlines, by thirty (30) days for each party will (a) not modify any other aspect of the Scheduling Order (Doc. No. 42); (b) serve the interest of justice and efficient presentation of the case; and (c) not prejudice any party.

Accordingly, Plaintiffs respectfully request that this unopposed Motion be granted, that Plaintiffs have up to and including December 30, 2012 to disclose experts and furnish reports, and that Defendant PNC have up to and including February 15, 2013 to disclose experts and furnish reports.

Respectfully submitted,

**FLAGEL & PAPAKIRK LLC**

/s/ Allison Bisig Oswall
Todd J. Flagel (KBA 91116)
James Papakirk (*pro hac vice*)
Allison Bisig Oswall (KBA 94641)
50 E Business Way, Suite 410
Cincinnati, Ohio 45241
(513) 984-8111
jpapakirk@fp-legal.com

*Co-counsel for Guangzhou Consortium Display Product Company, Ltd., and Consortium Companies, Incorporated*

**GREGORY W. McDOWELL, P.S.C.**

/s/ Gregory W. McDowell
Gregory W. McDowell (KBA #83227)
7415 Burlington Pike, Suite B
Florence, KY 41042
859- 371-7774
gmcdowell@assuredtitle.com
*Co-Counsel for Guangzhou Consortium Display Product Company, Ltd., and Consortium Companies, Incorporated*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed with the Clerk using the CM/ECF system this 30th day of November, 2012, which will serve the following:

| | |
|---|---|
| Cornelius E. Coryell, II | ccoryell@wyattfirm.com |
| Christopher Tyson Gorman | tgorman@wyattfirm.com |
| Rania Marie Basha | rbasha@wyattfirm.com |
| Byron E. Leet | bleet@wyattfirm.com |
| Kevin Ray Feazell | krf@corsbassett.com |
| Gregory W. McDowell | gmcdowell@assuredtitle.com |
| John Shannon Bouchillon | Shannon@haydencraiggrant.com |
| P. Blaine Grant | blaine@haydencraiggrant.com |

A copy of the foregoing was sent via U.S. Regular Mail to the following on 30th day of November, 2012:

Matthew Decker
Kal Geercken
Alex Hood
Alston & Bird LLP
90 Park Avenue
New York, NY 10016

/s/ Allison Bisig Oswall
Allison Bisig Oswall (KBA