UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON
CIVIL ACTION NO. 11-5-DLB-JGW

GUANGZHOU CONSORTIUM DISPLAY PRODUCT CO., LTD., et al.   PLAINTIFFS

V.

PNC BANK, et al.                                          DEFENDANTS

### ORDER

Pending is plaintiffs' unopposed motion to extend the deadline to disclose expert witnesses and furnish expert reports. Doc. 98. No previous extensions of time have been granted and no other deadlines will be altered if the expert witness deadlines are amended. Accordingly, the motion will be granted.

It is **ORDERED**:

1. The motion for extension of time [Doc. 98] is **granted**; and

2. Plaintiffs shall have until December 31, 2012 to provide their Rule 26(a)(2) expert witness disclosures/reports and defendants shall have until February 15, 2013 to provide their Rule 26(a)(2) disclosures/reports; and

3. All other aspects of the November 29, 2011 scheduling order [Doc. 42] **shall stand**.

This the 3rd day of December, 2012.



Signed By:
J. Gregory Wehrman
United States Magistrate Judge