UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON
CIVIL ACTION NO. 11-5-DLB-JGW

**GUANGZHOU CONSORTIUM DISPLAY PRODUCT CO., LTD., et al.   PLAINTIFFS**

**V.**

**PNC BANK, et al.                                                                                         DEFENDANTS**

**ORDER**

Pending is a motion for extension of time to review a transcript of a deposition by defendant PNC Bank, National Association ("PNC").  Doc. 101.  PNC requests an additional nineteen days for its employee, Nancy Downey, to review a transcript of her 378-page deposition.

Fed.R.Civ.P. 30(e) provides that on request a deponent is allowed 30 days to review a deposition transcript "after being notified by the officer that the transcript or recording is available . . . ."  PNC asserts that Downey received the transcript on November 12, 2012, meaning that her deadline currently expires on December 12, 2012.  PNC asserts that Downey needs an extension of time because her "work schedule and the holidays" prevent her from completing her review within the thirty day review period allowed by Rule 30(e).  Given the brief nature of the requested extension and the lack of prejudice granting the extension would cause other parties, the motion for extension of time will be granted without the necessity of responses being filed.

Accordingly, it is **ORDERED:**

The motion for extension of time [Doc. 101] is **granted** and Nancy Downey shall have until December 31, 2012 to review her deposition transcript and, if necessary, provide an errata

sheet.

This the 12th day of December, 2012.



Signed By:
J. Gregory Wehrman
United States Magistrate Judge

G:\Larry\Memos & Misc\11-5, guangzhou, extend time downey review depo.wpd