UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| **GUANGZHOU CONSORTIUM DISPLAY PRODUCT COMPANY,** *et al.* | : | Case No. 2:11-CV-00005-DLB |
| | : | |
| | : | JUDGE DAVID L. BUNNING |
| *Plaintiffs,* | : | |
| | : | MAGISTRAGE JUDGE J. GREGORY |
| vs. | : | WEHRMAN |
| | : | |
| **PNC BANK, NATIONAL ASSOCIATION,** *et al.* | : | |
| | : | |
| *Defendants.* | : | |
| | : | |

**PLAINTIFFS' NOTICE OF EXPERT DISCLOSURE**

In accordance with this Court's Order dated December 3, 2012, Plaintiffs hereby disclose Mr. T.O. Lee of T.O. Lee Consultants Ltd. as an expert witness in the above-captioned matter. Mr. Lee's expert report has been transmitted to all counsel of record via electronic mail on January 31, 2012.

        Respectfully submitted,

        **FLAGEL & PAPAKIRK LLC**

        /s/ Allison Bisig Oswall
        James Papakirk (*pro hac vice*)
        Allison Bisig Oswall (KBA 94641)
        50 E Business Way, Suite 410
        Cincinnati, Ohio 45241
        (513) 984-8111
        aoswall@fp-legal.com

        *Co-counsel for Guangzhou Consortium Display Product Company, Ltd., and Consortium Companies, Incorporated*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed with the Clerk using the CM/ECF system this 31st day of January, 2012, which will serve the following:

| | |
|---|---|
| Cornelius E. Coryell, II | ccoryell@wyattfirm.com |
| Christopher Tyson Gorman | tgorman@wyattfirm.com |
| Rania Marie Basha | rbasha@wyattfirm.com |
| Byron E. Leet | bleet@wyattfirm.com |
| Kevin Ray Feazell | krf@corsbassett.com |
| Gregory W. McDowell | gmcdowell@assuredtitle.com |
| John Shannon Bouchillon | Shannon@haydencraiggrant.com |
| P. Blaine Grant | blaine@haydencraiggrant.com |

A copy of the foregoing was sent via U.S. Regular Mail to the following on 31st day of December, 2012:

Matthew Decker
Kal Geercken
Alex Hood
Alston & Bird LLP
90 Park Avenue
New York, NY 10016

/s/ Allison Bisig Oswall
Allison Bisig Oswall