**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CIVIL ACTION NO. 11-5-DLB-JGW**

**GUANGZHOU CONSORTIUM DISPLAY**         **PLAINTIFFS**
**PRODUCT COMPANY, ET AL.**

vs.       **STIPULATION AND AGREED ORDER
REGARDING EXTENSION OF TIME FOR SUMMARY JUDGMENT BRIEFING
AND DISCOVERY**

**PNC BANK, NATIONAL
ASSOCIATION., ET AL.**         **DEFENDANTS**

*** *** ***

This matter is before the Court upon the stipulation and agreement of Plaintiffs Guangzhou Consortium Display Product Company, Ltd., Consortium Companies, Inc., Steven M. Oberst, Lynda S. Oberst, Clinton S. Oberst, Susan J. Oberst, and Roger C. Schreiber (collectively and individually, "Plaintiffs") and Defendant PNC Bank, National Association ("PNC"). Specifically, Plaintiffs and PNC agree that (a) Plaintiffs shall have an additional 10 days up to and including, February 12, 2013 in which to separately respond to PNC's Motion for Summary Judgment and Memorandum filed January 11, 2013 (Docs. 104; 104-1) and PNC's Motion to Stay Discovery and Extend Discovery Deadlines and Memorandum filed January 11, 2013 (Docs. 105; 105-1); (b) in the event PNC's Motion to Stay Discovery and Extend Discovery Deadlines is denied, PNC shall have an additional 10 days after the Court's decision in which to identify its expert witness and furnish its expert report to Plaintiffs; and (c) without agreeing to a stay of discovery (which request will be briefed), the current discovery deadline of March 15, 2013 set forth in this Court's

1

Scheduling Order (Doc. 42) shall be extended pending the outcome of this Court's ruling on PNC's Motion to Stay Discovery as contemplated below. The parties state that this is the first such request for extension, there is currently no trial date scheduled, and the current deadline to file dispositive motions is April 15, 2013. Based upon the agreement of Plaintiffs and PNC, and for good cause shown,

**IT IS ORDERED** that Plaintiffs' deadline to file responses to PNC's Motion for Summary Judgment and Memorandum (Docs. 104; 104-1) and to PNC's Motion to Stay Discovery and Extend Discovery Deadlines and Memorandum (Docs. 105; 105-1) be and hereby is extended up to and including February 12, 2013;

**IT IS FURTHER ORDERED** that PNC shall disclose its expert and furnish its expert report to Plaintiff within 10 days of the Court's Decision on PNC's Motion to Stay Discovery and Extend Discovery Deadlines;

**IT IS FURTHER ORDERED** that the discovery cutoff of March 15, 2013 as designated by this Court's November 29, 2011 Scheduling Order (Doc. No. 42) be and hereby is extended by either (1) 60 days from the date this Court denies PNC's Motion to Stay Discovery or (2) 60 days from the date any stay imposed by this Court is lifted; and

**IT IS FURTHER ORDERED** that the current deadline of April 15, 2013 for parties to file dispositive motions remains unchanged.

This 7th day of February, 2013.



Signed By:
*David L. Bunning*
United States District Judge

2

**APPROVED AS TO FORM AND SUBSTANCE:**

**FLAGEL & PAPAKIRK LLC**

/s/ Allison Bisig Oswall
James Papakirk (pro hac vice)
Allison Bisig Oswall (KBA #94641)
50 E Business Way, Suite 410
Cincinnati, OH 45241
513-984-8111
jpapakirk@fp-legal.com
*Co-counsel for Guangzhou*
*Consortium Display Product Company,*
*Ltd., and Consortium Companies, Incorporated*

**GREGORY W. McDOWELL, P.S.C.**

/s/ Gregory W. McDowell
Gregory W. McDowell (KBA 83227)
7415 Burlington Pike, Suite B
(859) 371-7774
gmcdowell@assuredtitle.com
*Co-Counsel for Guangzhou Consortium*
*Display Product Company, Ltd., and Attorney for Steven M. Oberst, Lynda G.*
*Oberst, Clinton S. Oberst, and Susan J. Oberst*

/s/ Kevin Feazell
Kevin Ray Feazell (KBA #84678)
Cors & Bassett, LLC
537 E. Pete Rose Way, Suite 400
Cincinnati, OH 45202
513-852-8200
Facsimile: 513-852-8222
krf@corsbassett.com
*Trial Attorney for Plaintiff Roger C. Schreiber*

WYATT, TARRANT & COMBS
/s/ Cornelius E. Coryell, II
Cornelius E. Coryell, II
2500 PNC Plaza
Louisville, KY 40202
502-589-5235
ccoryell@wyattfirm.com
*Counsel for PNC Bank, N.A.*

G:\DATA\ORDERS\Cov11\11-5 Agreed Order & Stipulation.wpd