UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

*Electronically Filed*

| | |
|---|---|
| GUANGZHOU CONSORTIUM PRODUCT DISPLAY COMPANY, ET AL. )<br><br>PLAINTIFF )<br><br>v. )<br><br>PNC BANK, NATIONAL ASSOCIATION )<br><br>DEFENDANT ) | CIVIL ACTION NO. 2:11-CV-00005-DLB |

### ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel, Rachel K. Mulloy, hereby enters her appearance as co-counsel for the Defendant PNC Bank, National Association. The parties and the Court are requested to forward all future pleadings, correspondence, and communications directed to PNC Bank, National Association to the following:

>Rachel K. Mulloy
>WYATT, TARRANT & COMBS, LLP
>2500 PNC Plaza
>500 West Jefferson Street
>Louisville, Kentucky 40202-2898
>(502) 562-7511
>rmulloy@wyattfirm.com

Respectfully submitted,

/s/ Rachel K. Mulloy
Cornelius E. Coryell II
Rachel K. Mulloy
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky 40202-2898
502.589.5235

Counsel for PNC Bank, National Association

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2013, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Gregory W. McDowell<br>GREGORY W. MCDOWELL, P.S.C.<br>7415 Burlington Pike, Suite B<br>Florence, KY 41042 | Kevin R. Feazell<br>CORS & BASSETT<br>537 East Pete Rose Way, Suite 400<br>Cincinnati, OH 45202-3502 |
| *Co-counsel for Guangzhou Consortium Display Product Company, Ltd. and Consortium Companies, Incorporated* | *Attorney for Roger C. Schreiber* |

*Attorney for Steven M. Oberst, Lynda S. Oberst, Clinton S. Oberst, and Susan J. Oberst*

Todd J. Flagel
James Papakirk
FLAGEL & PAPAKIRK LLC
50 E Business Way, Suite 410
Cincinnati, OH 45241

*Co-Counsel for Guangzhou Consortium Display Product Company, Ltd. and Consortium Companies, Incorporated*

/s/ Rachel K. Mulloy

60334847.1