UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON
CIVIL ACTION NO. 11-5-DLB-JGW

GUANGZHOU CONSORTIUM PRODUCT COMPANY, et al.        PLAINTIFFS

V.

PNC BANK, NATIONAL ASSOCIATION, et al.        DEFENDANTS

### ORDER

Pending is a motion to withdraw as counsel for defendant PNC Bank, National Association ("PNC") by Rania Basha. Doc. 129. As of March 15, 2013, Attorney Basha will no longer be employed by the firm of Wyatt, Tarrant & Combs ("the Wyatt Firm"), which shall continue to represent PNC . Because the motion was served on PNC and Basha's imminent departure from the Wyatt Firm constitutes good cause, the motion complies with LR 83.6(b).

Accordingly, **IT IS ORDERED**:

Rania Basha's motion to withdraw as counsel for defendant PNC Bank, National Association [Doc. 129] is **granted**.

This the 13th day of March, 2013.

Signed By:
J. Gregory Wehrman
United States Magistrate Judge

G:\Larry\Memos & Misc\11-5, guangzhou, grant m withdraw.wpd