UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

*Electronically Filed*

| | | |
|---|---|---|
| **GUANGZHOU CONSORTIUM** | : | Case No. 2:11-CV-00005-DLB |
| **DISPLAY PRODUCT COMPANY,** *et al.* | : | |
| | : | JUDGE DAVID L. BUNNING |
| **Plaintiffs,** | : | |
| | : | MAGISTRATE JUDGE J. |
| vs. | : | GREGORY WEHRMAN |
| | : | |
| **PNC BANK, NATIONAL** | : | |
| **ASSOCIATION,** *et al.* | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## JOINT STATUS REPORT

Plaintiffs Guangzhou Consortium Display Product Company, Ltd., Consortium Companies, Incorporated, Steven M. Oberst, Lynda Oberst, Clinton S. Oberst, Susan J. Oberst, and Roger Schreiber (collectively "Plaintiffs") and Defendant PNC Bank, National Association, through their undersigned counsel, submit the following Joint Status Report as required by the Court's November 29, 2011 Scheduling Order [Doc. 42]. Per the Court's Order, the parties have conferred regarding the status of this litigation and submit the following statement:

1.  The November 29, 2011 Scheduling Order provided a dispositive motion deadline of April 15, 2013, however, the parties have each filed dispositive motions in advance of that deadline and additional motions are anticipated.  The claims and defenses at issue in this litigation have been identified in the cross motions for summary judgment that have been filed with this Court:

    a. PNC's Motion for Summary Judgment [Doc. 104] has been fully briefed and is pending before this Court;

    b. Plaintiff Roger Schreiber's Motion for Summary Judgment [Doc. 126] is in the process of being briefed;

    c. The Oberst Plaintiffs' Motion for Summary Judgment [Doc. 127] is in the process of being briefed; and

    d. Consortium USA's Motion for Partial Summary Judgment as to Liability [Doc. 128] is in the process of being briefed.

PNC anticipates filing a motion for summary judgment on its counterclaim against CCI and cross-motion for summary judgment regarding its claims against the Guarantor Defendants.

    2. The November 29, 2011 Scheduling Order also established a discovery cutoff of March 15, 2013. The parties agree that discovery should be stayed until the resolution of the motions pending before this Court, as memorialized by the Stipulation and Agreed Order Regarding Extension of Time for Summary Judgment Briefing and Discovery [Doc. 107]. This Court has ordered the discovery cutoff will be extended by either (i) 60 days from the date this Court denies PNC's Motion to Stay Discovery or (ii) 60 days from the date any stay imposed by this Court is lifted. [Doc. 107.] In addition, Plaintiffs did not object to PNC's Motion to Stay Discovery and Extend Discovery Deadlines [Doc. 105] which has been fully briefed and is pending before this Court.[1]

    3. Plaintiffs have requested a hearing and oral argument on PNC's Motion for Summary Judgment [Doc. 118].

    4. The parties do not believe that a settlement conference or mediation would be productive at this time.

---

[1] Plaintiffs and PNC disagree whether Plaintiffs are entitled to an immediate opportunity to conduct a Fed. R. Civ. R. 30(b)(6) deposition of PNC.

Respectfully submitted,

**FLAGEL & PAPAKIRK LLC**

/s/ James Papakirk
James Papakirk (*pro hac vice*)
Allison Bisig Oswall (KBA 94641)
50 E Business Way, Suite 410
Cincinnati, Ohio 45241
(513) 984-8111
jpapakirk@fp-legal.com
*Co-counsel for Guangzhou Consortium Display Product Company, Ltd., and* Consortium *Companies, Incorporated*


**GREGORY W. McDOWELL, P.S.C.**

/s/ Gregory W. McDowell
Gregory W. McDowell (KBA 83227)
7415 Burlington Pike, Suite B
Florence, Kentucky 41042
(859) 371-7774
gmcdowell@assuredtitle.com
*Co-Counsel for Guangzhou Consortium Display Product Company, Ltd., and Attorney for Steven M. Oberst, Lynda G. Oberst, Clinton S. Oberst, and Susan J. Oberst*

**CORS & BASSETT, LLC**
/s/ Kevin Ray Feazell
Kevin Ray Feazell  (KBA 84678)
Cors & Bassett, LLC
537 E. Pete Rose Way, Suite 400
Cincinnati, Ohio 45202
(513) 852-8200
krf@corsbassett.com
*Trial Attorney for Plaintiff Roger C. Schreiber*

                                        **WYATT, TARRANT & COMBS, LLP**

                                        /s/ Cornelius E. Coryell, II
                                        Cornelius E. Coryell, II
Rachel K. Mulloy
2500 PNC Plaza
Louisville, Kentucky 40202
(502) 589-5235
ccoryell@wyattfirm.com
rmulloy@wyattfirm.com
*Counsel for PNC Bank, National Association*

60336492.1

- 4 -