UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

*Electronically Filed*

| | |
|---|---|
| GUANGZHOU CONSORTIUM PRODUCT DISPLAY COMPANY, ET AL. )))) | |
| PLAINTIFFS ) | |
| ) | CIVIL ACTION NO. 2:11-CV-00005-DLB |
| v. ) | |
| ) | |
| PNC BANK, NATIONAL ASSOCIATION, ET AL. ))) | |
| DEFENDANTS ) | |

## MOTION FOR SUMMARY JUDGMENT OF COUNTERCLAIM PLAINTIFF PNC BANK, NATIONAL ASSOCIATION

Counterclaim Plaintiff, PNC Bank, National Association, by counsel, pursuant to Fed.R.Civ.P. 56, hereby moves the Court to enter a judgment on its breach of contract claims against Consortium Companies, Inc. ("CCI").

As grounds for this motion, PNC states that there is no dispute of material fact regarding CCI's liability to PNC on the Reimbursement and Security Agreement dated July 17, 2007 and the Term Note dated December 30, 2009. PNC is entitled to recover the debt obligations reflected by those agreements as a matter of law.

A memorandum in support of this motion is attached hereto.

Respectfully submitted,

/s/ Cornelius E. Coryell, II
Cornelius E. Coryell, II
ccoryell@wyattfirm.com
Rachel K. Mulloy
rmulloy@wyattfirm.com
WYATT, TARRANT & COMBS, LLP
2500 PNC Plaza
Louisville, Kentucky 40202
502.589.5235

*Counsel for Defendant PNC, National Association*

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2013, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Gregory W. McDowell
GREGORY W. MCDOWELL, P.S.C.
7405 Burlington Pike, Suite 201
Florence, KY 41042

*Co-counsel for Guangzhou Consortium Display Product Company, Ltd. and Consortium Companies, Incorporated*

*Attorney for Steven M. Oberst, Lynda S. Oberst, Clinton S. Oberst, and Susan J. Oberst*

Todd J. Flagel
James Papakirk
Allison Bisig Oswall
FLAGEL & PAPAKIRK LLC
50 E Business Way, Suite 410
Cincinnati, OH 45241

*Co-Counsel for Guangzhou Consortium Display Product Company, Ltd. and Consortium Companies, Incorporated*

Kevin R. Feazell
CORS & BASSETT
537 East Pete Rose Way, Suite 400
Cincinnati, OH 45202-3502

*Attorney for Roger C. Schreiber*

/s/ Cornelius E. Coryell, II

60334139.1