# EXHIBIT 2

## STANDBY LETTER OF CREDIT

```
Internal Bank Transfe                                               001
<<MESSAGE ADVICE>> SEQ: 00094 LOC:        QUEUE: CLVDOCPRTQ
PRT: /usr/local/intranet/areas/mts12/output/PRT_001_CLVDOCPRT_0000094_00001.DAT
                                          *** Message: NOT TESTED. ***

TRN: 20070723-00009964  < < < National City > > >23-JUL-2007 14:35:35.86
------------------------------------------------------------------------
                             Message Text
Destination:
       S/SCBLCNSXXXX
       STANDARD CHARTERED BANK (CHINA) LIM
       ITED
       1376 NANJING ROAD WEST
       SHANGHAI,CN

Issue of Documentary Credit                              (TYPE: 700)

  :27:   /Sequence of Total:
         1/1
  :40A:  /Form of Documentary Credit:
         IRREVOCABLE STANDBY
  :20:   /Documentary Credit Number:
         SCL013861
  :31C:  /Date of Issue:
         Date: 07/07/23
  :40E:  /Applicable Rules:
         UCP LATEST VERSION
  :31D:  /Date and Place of Expiry:
         Date: 08/07/13 Place: AT OUR COUNTERS
  :50:   /Applicant:
         CONSORTIUM COMPANIES, INC.
         1438 COX AVE.
         ERLANGER, KY 41018 USA
  :59:   /Beneficiary:
         STANDARD CHARTERED BANK (CHINA)
         LIMITED GUANGZHOU BRANCH, 13/F MAY
         FLOWER PLAZA, NO. 68, ZHONGSHAN NO.
         5 ROAD, GUANGZHOU, P.R.CHINA 510030
  :32B:  /Currency, Amount:
         USD 1,000,000.00
  :39A:  /Credit Amount Tolerance Percentage +/-:
         00/00
  :41D:  /Available With ... By ... :
         NATIONAL CITY BANK
         BY PAYMENT
  :42C:  /Drafts at:
         SIGHT
  :42A:  /Drawee:
         S/NATCUS33
         NATIONAL CITY BANK CLEVELAND
         1900 EAST 9TH STREET
         CLEVELAND,OH,US
  :43P:  /Partial Shipments:
         PARTIAL DRAWINGS PERMITTED
  :46A:  /Documents Required:
         BENEFICIARY'S AUTHENTICATED SWIFT MESSAGE STATING:
         ''CONSORTIUM COMPANIES, INC. HAS FAILED TO REPAY THE AMOUNT OF
         THE FACILITY PRINCIPAL, INTEREST, FEES, EXPENSES, COSTS AND
         TAXES, IF ANY, TO STANDARD CHARTERED BANK ON EACH DUE OR PAYMENT
         DATE PER THE TERMS OF THE GENERAL BANKING FACILITY MADE
         AVAILABLE TO CONSORTIUM COMPANIES, INC.''
  :47A:  /Additional Conditions:
         WE HEREBY ISSUE OUR IRREVOCABLE STANDBY LETTER OF CREDIT NO.
         SCL013861 IN YOUR FAVOR BY ORDER OF CONSORTIUM COMPANIES, INC.,
         1438 COX AVE., ERLANGER, KY 41018 USA, FOR THE AGGREGATE AMOUNT
         NOT EXCEEDING USD1,000,000.00 (ONE MILLION U.S. DOLLARS).
         THIS AMOUNT REPRESENTS THE DUE AND UNPAID AMOUNT OF THE AGGREGATE
         PRINCIPAL, ACCRUED INTEREST, FEES, COSTS, EXPENSES AND TAXES, IF
         ANY, OWED BY THE APPLICANT TO THE BENEFICIARY REGARDING THE
         GENERAL BANKING FACILITY DENOMINATED IN ANY CURRENCY WHICH THE
         BENEFICIARY HAS MADE AVAILABLE TO THE APPLICANT.
```

EXHIBIT 2 TO MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF COUNTERCLAIM PLAINTIFF PNC BANK

```
        THIS STANDBY LETTER OF CREDIT WILL BECOME EFFECTIVE ON JULY 23,
        2007 AND WILL EXPIRE AT OUR COUNTERS ON JULY 13, 2008.  IT IS A
        FURTHER CONDITION OF THIS LETTER OF CREDIT THAT IT WILL BE
        AUTOMATICALLY EXTENDED FOR ADDITIONAL ONE YEAR PERIODS FROM THE
        PRESENT OR ANY FUTURE EXPIRATION DATE UNLESS WE NOTIFY YOU BY
        AUTHENTICATED SWIFT MESSAGE AT LEAST 60 DAYS PRIOR TO THE THEN
        CURRENT EXPIRATION DATE THAT WE ELECT NOT TO EXTEND THIS LETTER
        OF CREDIT BEYOND THE THEN CURRENT EXPIRATION DATE. UPON RECEIPT
        OF OUR AUTHENTICATED SWIFT MESSAGE ADVISING THAT THIS LETTER OF
        CREDIT WILL NOT BE EXTENDED, YOU MAY DRAW ON US BY MEANS OF YOUR
        AUTHENTICATED SWIFT MESSAGE STATING: ''WE HAVE BEEN ADVISED THAT
        NATIONAL CITY BANK LETTER OF CREDIT NO. SCL013861 WILL NOT BE
        EXTENDED BEYOND THE CURRENT EXPIRATION DATE OF (INSERT DATE). WE
        HEREBY DRAW USD (INSERT AMOUNT) UNDER LETTER OF CREDIT NO.
        SCL013861 BEING THE OUTSTANDING AMOUNT OF THE AGGREGATE
        PRINCIPAL, ACCRUED INTEREST, FEES, COSTS, EXPENSES AND TAXES, IF
        ANY, REGARDING THE GENERAL BANKING FACILITY DENOMINATED IN ANY
        CURRENCY WHICH WE HAVE MADE AVAILABLE TO CONSORTIUM COMPANIES,
        INC.''

        WE SHALL EFFECT PAYMENT AS PER YOUR INSTRUCTIONS UPON RECEIPT OF
        THE ABOVE MENTIONED AUTHENTICATED SWIFT MESSAGE SENT TO NATCUS33.

        WE HEREBY ENGAGE WITH DRAWERS THAT DOCUMENTS DRAWN UNDER AND IN
        COMPLIANCE WITH THE TERMS OF THIS CREDIT SHALL BE DULY HONORED.

        THIS STANDBY LETTER OF CREDIT IS SUBJECT TO THE UNIFORM CUSTOMS
        AND PRACTICE FOR DOCUMENTARY CREDITS (2007 REVISION),
        INTERNATIONAL CHAMBER OF COMMERCE PUBLICATION NO. 600.
:71B:   /Charges:
        ALL CHARGES OTHER THAN THOSE OF THE
        ISSUING BANK ARE FOR THE ACCOUNT
        OF THE APPLICANT
:49:    /Confirmation Instructions:
        WITHOUT
:72:    /Sender to Receiver Information:
        BENEFICIARY CONTACT:
        ATTN: LUCAS DU, ASSISTANT VICE
        PRESIDENT
        PHONE: (86) 20 83918882
        FAX: (86) 20 83339998
```

```
-----------------------------------------------------------------------------
RPT:              AMT:           $0.00 CUR:     Exch rate: 0.00000000000
                  PAR AMT:       $0.00
TEST              VAL:      TYP:SWF MT: 700 FNDS:  CHG:D:  C:  Com:  Cbl:
 CUSPID:

DBT /                                  CDT /                    ADV
```