# EXHIBIT 3

## STANDARD CHARTERED DRAW REQUEST

```
SYSTEM DATE:              **  COPY OF THE ORIGINAL ****
01-Jul-10 10:19 AM        *** INBOUND SWIFT MESSAGE ***

------------------------- MESSAGE HEADER -------------------
SWIFT OUTPUT     : FIN   799 Message Free Text Format
SENDER           : SCBLCNSXGZH
                   STANDARD CHARTERED BANK (CHINA)
                   LIMITED, GUANGZHOU BR, 13/F MAY
                   FLOWER PLAZA, NO. 68 ZHONGSHAN
                   NO. 5 ROAD, GUANGZHOU P.R.C.
RECEIVER         : PNCCUS33ENJ
                   NATIONAL CITY BANK
                   INT'L OPERATIONS DEPT.
                   23000 MILLCREEK BLVD, LOC 7532
                   CLEVELAND OH 44122
-------------------------- MESSAGE TEXT --------------------
:20 :/Transaction Reference Number  :
     555153001390-A
:21 :/Related Reference             :
     12500762-00-000
:79 :/Narrative                     :
APPLICANT: GUANGZHOU CONSORTIUM DISPLAY PRODUCT
COMPANY LTD . .
BENEFECIARY: STANDARD CHARTERED BANK.,GUANGZHOU
BRANCH,10/F INTL FINANCE PLACE, NO.8 HUAXIA
ROAD,PEARL RIVER NEW TOWN,GUANGZHOU 510623,CHINA
L/C AMOUNT: USD
WE HAVE BEEN ADVISED THAT PNC BANK, NATIONAL
ASSOCIATION LETTER OF CREDIT NO. 12500762-00-000
WILL NOT BE EXTENDED BEYOND THE CURRENT EXPIRATION
DATE OF JULY 13 2010. WE HEREBY DRAW USD1762220,00
UNDER LETTER OF CREDIT NO. 12500762-00-000 BEING
THE OUTSTANDING AMOUNT OF THE AGGREGATE PRINCIPAL,
ACCRUED INTEREST, FEES, COSTS, EXPENSES AND TAXES,
IF ANY, REGARDING THE GENERAL BANKING FACILITY
DENOMINATED IN ANY CURRENCY WHICH WE HAVE MADE
AVAILABLE TO GUANGZHOU CONSORTIUM DISPLAY PRODUCT
COMPANY LTD. PLEASE REMIT PROCEEDS BY TT WITHOUT
DEDUCTION OUR NEW YORK OFFICE (CHIPS
NO.ABA256/SWIFT CODE SCBLUS33) FOR CREDIT TO SCB
SHANGHAI USD A/C NO.3582-088515-001 (UID 254960)
WITH THEM UNDER SWIFT ADVICE TO US QUOTING OUR
REFERENCE.
ALL PARTIES TO THIS TRANSACTION ARE ADVISED THAT
THE U.S. AND OTHER GOVERNMENT AND / OR REGULATORY
AUTHORITIES IMPOSE SPECIFIC SANCTIONS AGAINST
CERTAIN COUNTRIES,ENTITIES AND INDIVIDUAL.BANK MAY
BE UNABLE TO PROCESS A TRANSACTION THAT INVOLVES A
BREACH OF SANCTIONS, AND AUTHORITIES MAY REQUIRE
DISCLOSURE OF INFORMATION. SCB IS NOT LIABLE IF
IT, OR ANY OTHER PERSON, FAILS OR DELAYS TO
PERFORM THE TRANSACTION, OR DISCLOSES INFORMATION
AS A RESULT OF ACTUAL OR APPARENT BREACH OF SUCH
SANCTIONS. TRANSSHIPMENT IS PROHIBITED THROUGH
IRAN, CUBA, NORTH KOREA, SUDAN AND MYANMAR. .

                         PAGE 1
```

LCD (R.Hu)

EXHIBIT 3 TO MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF COUNTERCLAIM PLAINTIFF PNC BANK