# EXHIBIT 5

# AFFIDAVIT OF THOMAS DODD

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

*Electronically Filed*

| | |
|---|---|
| GUANGZHOU CONSORTIUM DISPLAY PRODUCT COMPANY, LTD, ET AL. | ) ) ) |
| | ) |
| PLAINTIFFS | ) ) |
| | ) CIVIL ACTION NO. 2:11-CV-00005-DLB |
| v. | ) |
| | ) |
| PNC BANK, NATIONAL ASSOCIATION, ET AL. | ) ) ) |
| DEFENDANTS | |

### AFFIDAVIT OF THOMAS DODD

Affiant, Thomas Dodd, being first duly sworn, deposes and states as follows:

1.     My name is Thomas Dodd.  I am Vice President, Corporate Banking, for Defendant PNC Bank, National Association ("PNC"), and I am authorized to make this Affidavit.  I give this Affidavit based on personal knowledge and upon the business records of PNC.

2.     A Reimbursement and Security Agreement dated July 17, 2007 was signed by CCI.  On July 1, 2010, the beneficiary drew on the Standby Letter of Credit that was the subject of that Reimbursement and Security Agreement and a payment was made on that draw in the amount of $1,762,220. As of March 7, 2013, the outstanding principal owed to PNC under the Reimbursement and Security Agreement is

EXHIBIT 5 TO MEMORANDUM IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT OF
COUNTERCLAIM PLAINTIFF PNC BANK

$1,766,690.55. The outstanding interest is $107,023.53. Interest continues to accrue on that debt at the rate of $108 per day.

3.     On or about December 30, 2009, CCI signed a Term Note in the principal amount of $1,000,000. CCI is in default of its obligations under the Term Note. As of March 7, 2013, the outstanding principal owed to PNC on the Term Note is $822,370.78. The outstanding interest is $142,081.91. Interest continues to accrue on that debt at the rate of $159.91 per day. In addition, there is a late charge due and owing on that debt in the amount of $3,000.

Further Affiant sayeth naught.

_____
Thomas Dodd


STATE OF OHIO          )
                     ) :SS
COUNTY OF HAMILTON  )

The foregoing instrument was acknowledged before me this 5th day of March, 2013, by Thomas Dodd .

My commission expires: _____July 31, 2017_____.

_____
NOTARY PUBLIC

60333694.1

2