UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

*Electronically Filed*

| | |
|---|---|
| GUANGZHOU CONSORTIUM PRODUCT DISPLAY COMPANY, ET AL. | ) ) ) ) |
| PLAINTIFFS | ) ) |
| v. | ) CIVIL ACTION NO. 2:11-CV-00005-DLB ) |
| PNC BANK, NATIONAL ASSOCIATION, ET AL. | ) ) ) |
| DEFENDANTS | ) |

## ORDER

Upon motion of the Counterclaim Plaintiff, PNC Bank, National Association, pursuant to Fed.R.Civ.P. 56 for summary judgment on the breach of contract claims asserted against Consortium Companies, Inc., the parties having responded, and the Court being otherwise duly and sufficiently advised,

IT IS HEREBY ORDERED that PNC's motion be, and it is hereby, granted.

60334149.1