UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

*Electronically Filed*

| | |
|---|---|
| GUANGZHOU CONSORTIUM DISPLAY PRODUCT COMPANY, ET AL.<br><br>PLAINTIFFS<br><br>v.<br><br>PNC BANK, NATIONAL ASSOCIATION, ET AL.<br><br>DEFENDANTS | CIVIL ACTION NO. 2:11-CV-00005-DLB |

### **AFFIDAVIT OF THOMAS DODD**

Affiant, Thomas Dodd, being first duly sworn, deposes and states as follows:

1. My name is Thomas Dodd. I am Vice President, Corporate Banking, for Defendant PNC Bank, National Association ("PNC"), and I am authorized to make this Affidavit. I give this Affidavit based on personal knowledge and upon the business records of PNC.

2. A true and accurate copy of the Letter Agreement – Term Loan dated as of December 30, 2009 relating to the Term Note at issue in this action is attached hereto as Exhibit 1.

3. A true and accurate copy of the Partial Payment and Partial Release Agreement dated as of December 30, 2009 and relating to the debts at issue in this action is attached hereto as Exhibit 2.

Further Affiant sayeth naught.

_____
Thomas Dodd

STATE OF OHIO              )
                           ) :SS
COUNTY OF HAMILTON  )

The foregoing instrument was acknowledged before me this 20th day of March, 2013, by Thomas Dodd.

My commission expires: __July 31, 2017__.

NOTARY PUBLIC   Caroline S. Braasch