UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

*Electronically Filed*

| | |
|---|---|
| GUANGZHOU CONSORTIUM PRODUCT DISPLAY COMPANY, ET AL. | ) ) ) ) |
| PLAINTIFFS | ) ) |
| v. | ) CIVIL ACTION NO. 2:11-CV-00005-DLB ) |
| PNC BANK, NATIONAL ASSOCIATION, ET AL. | ) ) ) |
| DEFENDANTS | ) |

## ORDER

Upon motion of the Counterclaim Defendants, Steven M. Oberst, Lynda Oberst, Clinton S. Oberst, Susan Oberst, and Roger C. Schreiber, for entry of summary judgment on the claims made against them by the Counterclaim Plaintiff, PNC Bank, National Association, the parties having responded, and the Court being otherwise duly and sufficiently advised,

IT IS HEREBY ORDERED that the Counterclaim Defendants' motion be, and it is hereby, denied.

60338726.1