# EXHIBIT 1 TO DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY

# 7/30/10 XU E-MAIL TO STANDARD CHARTERED (CONS_09295)

| | |
|---|---|
| From: | Zhang, Olive Si Hua [Olive.SH.Zhang@sc.com] |
| Sent: | Monday, August 02, 2010 6:00 AM |
| To: | soberst@consortium-companies.com; Nick Stothard |
| Cc: | Du, Lucas; Joyce XU |
| Subject: | FW: CCI - Guangzhou Consortium Display Product Co., Ltd. - funding support from PNC |

Dear Steve & Nick,

FYI

Olive Zhang

Assistant Relationship Manager

Local Corporate/ OCC

Standard Chartered Bank

Phone:

+86 20 38158266

Fonenet:

1-8614-8266

Fax:

+86 20 38158200

Email:

Olive.SH.Zhang@sc.com <mailto:John.Lee@sc.com>

Address:

10/F, International Finance Place, No.8, Huaxia Road, Pearl River New Town, Guangzhou, China

Website:

http://www.standardchartered.com <http://www.standardchartered.com/>

1

DEPOSITION EXHIBIT 139 8-15-12

CONS_09293

若需了解渣打·行相·政策和提升HIV/AIDS··的·划, ···:

http://www.standardchartered.com/sustainability/en/index.html
<http://www.standardchartered.com/sustainability/en/index.html>

From: Du, Lucas
Sent: 2010年8月2日 17:58
To: Thomas.dodd@pnc.com
Cc: Zhang, Olive Si Hua; Luo,Polly Guopeng; Wei, Vivian; Joyce XU
Subject: FW: CCI - Guangzhou Consortium Display Product Co., Ltd. - funding support from PNC

Dear Thomas,

SCB China used to be National City Bank's gateway bank in Asia to provide banking services for your existing clients. We had made available RMB10.8Mn (approx. USD1.6Mn) short term loan facility to GUANGZHOU CONSORTIUM DISPLAY PRODUCT CO.,LTD ("CCC", now a fully owned subsidiary of Consortium Companies Inc. "CCI") since 2007 against your USD2Mn SBLC. Since National City Bank has been merged by PNC in 2009, SCB China has received a SWIFT message saying that the SBLC will not be renewed in 2010. Thus we had partially demanded the payment under the SBLC for USD 1.76Mn and well received the proceeds from your bank on 9 July, 2010.

While now we found that SCB China can not convert the USD proceeds into RMB to repay the above mentioned loan as CCC has not performed certain registration according to local foreign exchange regulations and this issue may not be resolved easily. However, we have been advised that a capital injection from CCI (the shareholder) of USD1.6Mn can solve this issue properly. Per our communication with borrower, we are aware that CCI is applying financing/funding support from PNC to effect a capital injection to CCC in China. After this capital injection in CCC, there would be a currency conversion and immediate repayment of above mentioned RMB10.8Mn loan with our bank.

We opine it would be a good solution and we agree that once our loan outstanding has been settled via this capital injection, SCB China shall return the claimed funding of USD1.76Mn to PNC (after deduction of remittance charges) within 5 working days.

Please be advised that CCC's capital account number with SCB China is

2

CONS_09294

00000-0501510-352-635 (beneficiary: Guangzhou Consortium Display Product Co., Ltd.). Please credit USD1.6Mn funding to the capital account directly if PNC agree to finance this transaction.

Best regards,

Lucas

Associate Director

Standard Chartered Bank (China) Ltd Guangzhou Branch

---

From: Joyce XU [mailto:joycexu@consortium-companies.cn]
Sent: 2010年7月30日 14:05
To: Zhang, Olive Si Hua; Du, Lucas
Subject: FW: SCB Letter

FYI...will call you late, thanks!

发件人: Steven M. Oberst [mailto:soberst@consortium-companies.com]
发送: 2010年7月30日 3:31
收件人: Joyce XU
抄送: Nick Stothard; Roger C. Schreiber
主题: SCB Letter

Please have Lucas or Olive draft the letter on SCB letter head requesting the $1,600,000 be sent by swift into the CCC Capital account (include account number #00000-0501510-352-635) set up for the loan pay off, also make sure the letter insures that SCB promises that they will return to PNC the original $1,760,000 previous sent.

If this could be done tomorrow or Monday that would be great, send e mail letter to Tom Dodd at:

Thomas.dodd@pnc.com

CONS_09295

Thanks,

Steve Oberst

Chief Executive Officer

Consortium Companies

1438 Cox Avenue

Erlanger, KY 41018

Office: (859) 342-7100

Fax:    (859) 342-7101

Email:  soberst@consortium-companies.com <mailto:soberst@cosortium-companies.com>

This email and any attachments are confidential and may also be privileged. If you are not the addressee, do not disclose, copy, circulate or in any other way use or rely on the information contained in this email or any attachments. If received in error, notify the sender immediately and delete this email and any attachments from your system. Emails cannot be guaranteed to be secure or error free as the message and any attachments could be intercepted, corrupted, lost, delayed, incomplete or amended. Standard Chartered PLC and its subsidiaries do not accept liability for damage caused by this email or any attachments and may monitor email traffic.

Standard Chartered PLC is incorporated in England with limited liability under company number 966425 and has its registered office at 1 Aldermanbury Square, London, EC2V 7SB.

Standard Chartered Bank ("SCB") is incorporated in England with limited liability by Royal Charter 1853, under reference ZC18. The Principal Office of SCB is situated in England at 1 Aldermanbury Square, London EC2V 7SB. In the United Kingdom, SCB is authorised and regulated by the Financial Services Authority under FSA register number 114276.

If you are receiving this email from SCB outside the UK, please click http://www.standardchartered.com/global/email_disclaimer.html to refer to the information on other jurisdictions.

CONS_09296

and