UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

*Electronically Filed*

| | |
|---|---|
| GUANGZHOU CONSORTIUM PRODUCT DISPLAY COMPANY, ET AL. )))) | |
| PLAINTIFFS ) | |
| ) | CIVIL ACTION NO. 2:11-CV-00005-DLB |
| v. ) | |
| ) | |
| PNC BANK, NATIONAL ASSOCIATION, ET AL. ))) | |
| ) | |
| DEFENDANTS ) | |

## ORDER

Upon motion of the Plaintiff, Consortium Companies, Incorporated, for entry of summary judgment on the claims asserted against PNC Bank, National Association in the First Amended Complaint, the parties having responded, and the Court being otherwise duly and sufficiently advised,

IT IS HEREBY ORDERED that the Plaintiff's motion be, and it is hereby, denied.

60344142.1