UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| **GUANGZHOU CONSORTIUM** : | Case No. 2:11-CV-00005-DLB |
| **DISPLAY PRODUCT COMPANY,** *et al*. : | |
| : | JUDGE DAVID L. BUNNING |
| **Plaintiffs,** : | |
| : | MAGISTRATE JUDGE J. |
| **vs.** : | GREGORY WEHRMAN |
| : | |
| **PNC BANK, NATIONAL** : | |
| **ASSOCIATION,** *et al*. : | |
| : | |
| **Defendants.** : | |
| : | |

**AGREED ORDER**
**REGARDING EXTENSION OF TIME FOR BRIEFING ON MOTION FOR SUMMARY JUDGMENT OF COUNTERCLAIM PLAINTIFF PNC BANK, NATIONAL ASSOCIATION [DOC. 133]**

This matter is before the Court upon the stipulation and agreement of Counterclaim Plaintiff PNC Bank, National Association ("PNC") and Counterclaim Defendant Consortium Companies, Incorporated ("Consortium USA"). PNC and Consortium USA agree that Consortium USA shall have an additional 7 days up to and including, April 15, 2013 in which to respond to PNC's Motion for Summary Judgment and Memorandum filed March 15, 2013

- 2 -

(Docs. 133; 133-1). PNC and Consortium USA further agree that PNC shall have 21 days from service of response to file its reply memorandum.

Based upon the agreement of PNC and Consortium USA and for good cause shown,

IT IS ORDERED that Consortium USA's deadline to file responses to PNC's Motion for Summary Judgment and Memorandum (Docs. 133; 133-1) be and hereby is extended up to and including April 15, 2013.

IT IS FURTHER ORDERED that PNC shall file its reply memorandum on or before May 6, 2013.

SO ORDERED THIS __ DAY OF _____, 2013.

**APPROVED AS TO FORM AND SUBSTANCE:**

**FLAGEL & PAPAKIRK LLC**


/s/ Allison Bisig Oswall
James Papakirk (*pro hac vice*)
Allison Bisig Oswall (KBA #94641)
50 E Business Way, Suite 410
Cincinnati, OH 45241
513-984-8111
jpapakirk@fp-legal.com
*Co-counsel for Consortium Companies, Incorporated*


**GREGORY W. McDOWELL, P.S.C.**

/s/ Gregory W. McDowell
Gregory W. McDowell (KBA 83227)
7405 Burlington Pike, Suite 201
Florence, Kentucky 41042
(859) 371-7774
gmcdowell@assuredtitle.com
*Co-Counsel for Consortium Companies, Incorporated*

- 3 -

**WYATT, TARRANT & COMBS**

/s/ Cornelius E. Coryell, II
Cornelius E. Coryell, II
2500 PNC Plaza
Louisville, Kentucky 40202
502-589-5235
ccoryell@wyattfirm.com
*Counsel for PNC Bank, N.A.*