**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**AT COVINGTON**

GUANGZHOU CONSORTIUM DISPLAY
PRODUCT, LTD., *et al.*

       Plaintiffs,

    vs.

PNC BANK, N.A., *et al.*,

       Defendants.

Civil Action No. 2:11-cv-00005-DLB

**NOTICE OF CHANGE OF CONTACT INFORMATION**

PLEASE TAKE NOTICE that the contact information for P. Blaine Grant has changed. Copies of all pleadings and other papers in this action should hereafter be served on P. Blaine Grant, Hayden Grant PLLC, 718 West Main Street, Suite 202A, Louisville, Kentucky 40202; phone: (502) 638-2817; fax: (502) 849-0707; email: Blaine@hayden-grant.com. I respectfully request that you update your records to reflect my new contact information.

Respectfully submitted,

/s/ P. Blaine Grant
P. Blaine Grant
HAYDEN GRANT PLLC
718 West Main Street, Suite 202A
Louisville, Kentucky 40202
Tel: (502) 638-2817
Fax: (502) 849-0707
Email: Blaine@hayden-grant.com

-and-

Alston & Bird LLP
Karl Geercken
Matthew Decker
Alex Hood
90 Park Avenue
New York, New York 10016
(212) 210-9400

*Attorneys for Defendant Standard Chartered Bank (China) Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2013, I electronically filed the foregoing Notice of Change of Contact Information with the clerk of the court by using the CM/ECF system, which provides electronic notice to all counsel of record.

/s/ P. Blaine Grant
P. Blaine Grant