# Exhibit A

# PNC internal notice that draw request from Royal Bank of Scotland did not conform to standby letter of credit

Rosalind Cunningham to: Caroline Braasch
Request JG/SCL Consortium Companies $1,000,000.00
01/13/2010 10:37 AM
Cc: Thomas A Dodd, Santosh Podar

Caroline,

Per your conversation with my Manager Santosh Podar, he informed you of the minor Typo Discrepancies with this payment, I have attached the Waiver to this email in which you will need to contact the Customer advise them of the discrepancy and see if they would like to Waive them. Please have it faxed back to us with the customers signature either way. If they decide not to waive the discrepancy we will contact the Beneficiary for the corrected documentation to resubmit correctly. The following outlines the account number we need for you to put the funds into for reimbursement along with the fee breakdown information.

Please be advised that we have received a draw request in the amount of **$1,000,000.00** presented by Royal Bank of Scotland PLC Total amount due is **$1,000,185.00** which includes our $150.00 draw fee and $35.00 wire transfer fee. Please credit Global Services GL **#299528-0002930,** and fax a copy of the GL ticket to 888-244-8163.

If any of this is unclear please give me a call at the below number I will try to assist you.


WAIVER.doc

**Thanks,**
**Roz Cunningham**
Trade Service Analyst
Standby Letter of Credit Dept.
Mail Locator is: B7-YB72-03-8
My Hours are: **7:00am - 4:00 pm**
**PNC Bank, National Association**
Ph: 216-488-7568
Fx: 888-244-8163
Rosalind.Cunningham@PNCBank.com

If you need immediate assistance, please feel free to contact our Global Client Care Services at 1-800-682-4689.

PNC003251