# Exhibit B

# PNC's request to Consortium USA to waive discrepancies in the draw request from Royal Bank of Scotland

From: thomas.dodd@pnc.com [mailto:thomas.dodd@pnc.com]
Sent: Wednesday, January 13, 2010 11:02 AM
To: Roger C. Schreiber
Subject: RBS Letter of Credit


Roger,

Please be advised that we have received a draw request in the amount of $1,000,000.00 presented by Royal Bank of Scotland PLC  Total amount due is $1,000,185.00  which includes our $150.00 draw fee and $35.00 wire transfer fee.  The request had minor Typo Discrepancies.  I have attached the Waiver to this email in which you will chose to Waive or not Waive them.  Please fax back with the required signatures either way. If you decide not to waive the discrepancy we will contact the Beneficiary for the corrected documentation to resubmit correctly.

If any of this is unclear please give me a call at the below number I will try to assist you.


Thomas Dodd
Vice President, Credit Policy
thomas.dodd@PNC.com
National City, now a part of PNC
3 East Fourth Street
B2-YD73-03-4
Cincinnati, OH  45202
513-639-5202  Phone
513-639-5413  Fax

The contents of this email are the property of PNC. If it was not addressed to you, you have no legal right to read it. If you think you received it in error, please notify the sender. Do not forward or copy without permission of the sender. This message may contain an advertisement of a product or service and thus may constitute a commercial electronic mail message under US Law. The postal address for PNC is 249 Fifth Avenue, Pittsburgh, PA 15222. If you do not wish to receive any additional advertising or promotional messages from PNC at this e-mail address, click here to unsubscribe.
https://pnc.p.delivery.net/m/u/pnc/uni/p.asp By unsubscribing to this message, you will be unsubscribed from all advertising or promotional messages from PNC. Removing your e-mail address from this mailing list will not affect your subscription to alerts, e-newsletters or account servicing e-mails.