# Exhibit C

# Consortium USA's waiver of discrepancies in the draw request from Royal Bank of Scotland

JANUARY 13, 2010

TO: CONSORTIUM COMPANIES, INC.
1438 COX AVE.
ERLANGER, KY 41018

RE: DRAWING PRESENTED IN THE AMOUNT OF $1,000,000.00
UNDER OUR STANDBY LETTER OF CREDIT NO. SCL014463
FOR APPLICANT: CONSORTIUM COMPANIES, INC.
BENEFICIARY: ROYAL BANK OF SCOTLAND PLC

LADIES AND GENTLEMEN:

IN THE DRAWING PRESENTED IN THE AMOUNT OF $1,000,000.00 UNDER OUR ABOVE REFERENCED STANDBY LETTER OF CREDIT, WE FOUND THE FOLLOWING DISCREPANCY:

  A) STATEMENT IS NOT EXACTLY THE SAME AS STATED UNDER FIELD 46A.

WE ARE ASKING YOU TO LET US KNOW IF YOU ARE WILLING TO WAIVE THE ABOVE DISCREPANCIES. IF YOU WAIVE THE DISCREPANCIES, WE SHALL PAY THE LETTER OF CREDIT AND REQUIRE YOU TO REIMBURSE US.

IF YOU DO NOT WAIVE THE DISCREPANCIES, WE SHALL SO INFORM THE BENEFICIARY AND SHALL REFUSE TO PAY UNDER THE DRAWING. PLEASE INDICATE YOUR DECISION BY END OF DAY ON 01/13/2010 BY PLACING A CHECK MARK IN THE APPROPRIATE BOX, SIGNING THE LINE UNDERNEATH, AND RE-FAXING THIS LETTER TO ME AT 1-888-244-8163.

DISCREPANCY WAIVED [X]            DISCREPANCY NOT WAIVED [ ]

_Roger Schreiber, CFO_
AUTHORIZED SIGNATURE              AUTHORIZED SIGNATURE
**CONSORTIUM COMPANIES, INC.**    **CONSORTIUM COMPANIES, INC.**

THANK YOU,


ROSALIND CUNNINGHAM
PNC BANK, NATIONAL ASSOCIATION
GLOBAL SERVICES
STANDBY L/C DEPT.