UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| **GUANGZHOU CONSORTIUM PRODUCT COMPANY,** *et al.* | : Case No. 2:11-CV-00005-DLB |
| | : |
| | : **JUDGE DAVID L. BUNNING** |
| **Plaintiffs,** | : |
| | : |
| vs. | : |
| | : |
| **PNC BANK, NATIONAL ASSOCIATION,** *et al.* | : |
| | : |
| | : |
| **Defendants.** | : |

### ORDER

Upon the motion of Counterclaim Plaintiff PNC Bank, National Association, for entry of summary judgment on the claims asserted against Plaintiff Consortium Companies, Inc., in its Counterclaim, the parties having responded, and the Court being otherwise duly and sufficiently advised,

IT IS HEREBY ORDERED that Counterclaim Plaintiff's motion be, and hereby is, denied.