# UNITED STATES DISTRICT COURT
for the

Eastern District of Kentucky

| | | |
|---|---|---|
| Guangzhou Consortium Product Display Co., et al. <br> *Plaintiff* <br> v. <br> PNC Bank, National Association, et al. <br> *Defendant* | ) ) ) ) ) | Case No. 2:11 CV 00005 DBL |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Roger C. Schreiber

Date: 04/15/2013

*Attorney's signature*

Alexis L. McDaniel (KBA # 92924)
*Printed name and bar number*

Cors & Bassett, LLC
537 E. Pete Rose Way, Ste. 400
Cincinnati, Ohio 45202

*Address*

alm@corsbassett.com
*E-mail address*

(513) 852-8218
*Telephone number*

(519) 852-8222
*FAX number*