IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| GUANGZHOU CONSORTIUM DISPLAY PRODUCT, LTD, ET AL. | : | Case No. 2:11-CV-00005 |
| | : | |
| | : | Judge David L. Bunning |
| Plaintiffs, | : | Magistrate Greg Wehrman |
| | : | |
| v. | : | |
| | : | |
| PNC BANK, N.A., ET AL. | : | **PLAINTIFF ROGER C. SCHREIBER'S MEMORANDUM IN OPPOSITION TO PNC'S CROSS MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | : | |

For his memorandum in opposition to PNC's Cross Motion for Summary Judgment, plaintiff Roger Schreiber hereby incorporates his Reply Memorandum in further support of his Motion for Partial Summary Judgment that was filed with the Court on April 15, 2013, as if fully set forth herein.

Respectfully submitted:

/s/ Kevin Ray Feazell
Kevin Ray Feazell (#84678)
Alexis L. McDaniel (#92924)
537 East Pete Rose Way, Suite 400
Cincinnati, OH 45202-3578
513-852-8200 phone
513-852-8222 fax
krf@corsbassett.com
Trial Attorneys for Plaintiff
Roger C. Schreiber

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed with the Clerk using the CM/ECF system this 19th day of April 2013, which will serve the following:

Todd J. Flagel, Esq. tflagel@fp-legal.com
Byron E. Leet, Esq. bleet@wyattfirm.com
Christopher Tyson Gorman, Esq. tgorman@wyattfirm.com
Cornelius E. Coryell, II, Esq. ccoryell@wyattfirm.com
Rania Marie Basha, Esq. rbasha@wyattfirm.com
Gregory W. McDowell, Esq. gmcdowell@assuredtitlellc.com
John Shannon Bouchillon, Esq. Shannon@haydencraiggrant.com
P. Blaine Grant, Esq. blaine@haydencraiggrant.com
Matthew Decker, Esq. matt.decker@alston.com
Alex Hood, Esq. alex.hood@alston.com
Karl Geerken, Esq. karl.geerken@alston.com

/s/ Kevin Ray Feazell
Kevin Ray Feazell